09/18/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Discovery Conference Calendar

Honorable Alfred V. Covello, U.S.D.J.
450 Main Street
Hartford
Chambers Room 125-Annex

October 22, 2003

2:00 p.m.

*held 1 hour*

CASE NO.  3-01-cv-1908 Ward v Murphy
-------------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Heidi M. Cilano | Bai, Pollock, Blueweiss & Mulcahey, 10 Middle Street PO Box 1978 Suite 820, Bridgeport, CT 203-366-7991 |
| Stephen P. Fogerty | Halloran & Sage, 315 Post Rd. West, Westport, CT 203-227-2855 |
| Michael F. McKenna | Attorney General's Office, 55 Elm St., PO Box 120, Hartford, CT |
| Garie J. Mulcahey | Bai, Pollock, Blueweiss & Mulcahey, 10 Middle Street PO Box 1978 Suite 820, Bridgeport, CT 203-366-7991 |
| Michael O'Connor | Williams Walsh & O'Connor, 110 Washington Avenue, 2nd Floor, North Haven, CT 203-234-6333 |
| Robert Avery Rhodes | Halloran & Sage, 315 Post Rd. West, Westport, CT 203-227-2855 |
| John Essex Tucker | Attorney General's Office, 110 Sherman St., Hartford, CT 860-808-5400 |
| John Ward | 18 Garamella Blvd., Danbury, CT 203-790-4920 |
| James G. Williams | Williams Walsh & O'Connor, 110 Washington Avenue, 2nd Floor, North Haven, CT 203-234-6333 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK