UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN WARD<br>  Plaintiff,<br><br>v.<br><br>ROBERT MURPHY, STATE OF<br>CONNECTICUT DEPARTMENT OF<br>CHILDREN AND FAMILIES,<br>CHRISTINE RAGAGLIA, DANBURY<br>POLICE DEPARTMENT, ROBERT<br>PAQUETTE, SHAUN MCCOLGAN,<br>ROBERT MADORE, JAMES MCNAMARA,<br>PETER GANTERT, CITY OF<br>DANBURY, DANBURY VISITING<br>NURSE ASSOCIATION, VIRGINIA<br>LOURENCO, JUDY GIBNEY,<br>DANBURY HOSPITAL, EITAN<br>KILCHEVSKY, JOAN MILLS,<br>CATHOLIC FAMILY SERVICES,<br>ROGER LIMA, EDWARD FEDERICI,<br>RALPH ARNONE, SANDRA<br>LIQUINDOLI,<br>  Defendants. | Civil No. 3:01CV01908(AVC) |

## SCHEDULING ORDER

(1) <u>all</u> discovery, including depositions of <u>all</u> witnesses, shall be completed by December 12, 2003;

(2) the parties shall exchange a damage analysis, if necessary, on or before November 15, 2003;

(5) the plaintiff shall designate all trial experts and provide opposing counsel with reports from retained experts on or before November 15, 2003, and depositions of any such experts shall be completed by November 30, 2003;

(6) the defendants shall designate all trial experts and provide opposing counsel with reports from retained experts on or before November 30, 2003, and depositions of any such experts shall be completed by December 12, 2003;

(7) the plaintiff's response to any dispositive motions shall be filed on or before December 31, 2003;

(8) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on January 31, 2004; and

(9) the case shall be ready for trial by March 1, 2004.

    It is so ordered this 22nd day of October, 2003, at Hartford, Connecticut.

---
Alfred V. Covello
United States District Judge