UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN WARD<br>*Plaintiff* | : | CIVIL ACTION NO.<br>3:01CV1908(AVC) |
| v. | : | |
| ROBERT MURPHY, ET AL<br>*Defendants* | : | October 23, 2003 |

FILED
2003 OCT 27 P 1:48
US DISTRICT COURT
HARTFORD CT

## APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the following defendants, in their official and individual capacities, Robert Murphy, Kristine Ragaglia, Sandra Liquindoli, Edward Federici, Roger Lima and Ralph Arnone, in the above-captioned case.

This appearance is being filed in lieu of Assistant Attorney General Michael F. McKenna.

Dated at Hartford, Connecticut, this 22nd day of October, 2003.

DEFENDANT

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Carolyn Signorelli
Assistant Attorney General
Federal Bar No. ct17534
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5160
Fax: (860) 808-5384
Carolyn.Signorelli@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 23rd day of October, 2003 to:

John Ward, Pro Se
18 Garamella Boulevard
Danbury, CT 06810

Attorney Heidi M. Cilano
Bai, Pollock, Blueweiss, & Mulcahey, P.C.
10 Middle Street
Bridgeport, CT

James G. Williams, Esq.
Cella, McKeon & Williams, P.C.
P.O. Box 221
North Haven, CT 06473

Stephen P. Fogerty, Esq.
Halloran & Sage
315 Post Road West
Westport, CT 06880

Carolyn Signorelli
Assistant Attorney General