UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar
Honorable J. Read Murphy, PJO
450 Main Street, Hartford, CT

Chambers Room #125 - Annex
**November 12, 2003**
**2:00 p.m.**



NOTICE TO COUNSEL: ALL PARTIES SHALL BE COUNSELED BY THEIR RESPECTIVE ATTORNEYS SO AS TO BE PREPARED TO CONSIDER SETTLEMENT REASONABLY REFLECTIVE OF THE ISSUES IN THIS CASE, THE EVIDENCE BEARING THEREON, THE APPLICABLE LAW AND THE RANGE OF POSSIBLE RESULTS IN AN ADJUDICATION. EACH PARTY NECESSARY TO CONSIDERATION OF SETTLEMENT SHALL BE IN COURT AT THE TIME SET FORTH ABOVE.

AT LEAST TWO (2) DAYS BEFORE THE CONFERENCE DATE, EACH PARTY SHALL SUBMIT TO CHAMBERS A MARKED CONFIDENTIAL EX PARTE STATEMENT OF THE FOLLOWING:

1) ALL CLAIMS; 2) FACTUAL BASIS FOR CLAIMS (INCLUDING DAMAGES); 3) RANGE OF POSSIBLE RECOVERY; 4) PROBABLE RANGE OF RECOVERY; 5) PROSPECTS FOR SUCCESS AND REASONS THEREFOR; 6) SETTLEMENT DEMANDS/OFFERS INCLUDING THE ELEMENTS AND STRUCTURE OF POSSIBLE SETTLEMENT.

CASE NO. 3:01CV1908(AVC) Ward v. Murphy, et al

Heidi M. Cilano
Bai, Pollock, Blueweiss & Mulcahey
Park City Plaza
10 Middle Street PO Box 1978
Suite 820
Bridgeport, CT 06604

Stephen P. Fogerty
Halloran & Sage
315 Post Rd. West
Westport, CT 06880

Michael F. McKenna
Attorney General's Office
55 Elm St., PO Box 120
Hartford, CT 06101-0120

Garie J. Mulcahey
Bai, Pollock, Blueweiss & Mulcahey
Park City Plaza
10 Middle Street PO Box 1978
Suite 820
Bridgeport, CT 06604

Michael O'Connor
Williams Walsh & O'Connor
110 Washington Avenue, 2nd Floor
North Haven, CT 06473

Robert Avery Rhodes
Halloran & Sage
315 Post Rd. West
Westport, CT 06880

John Essex Tucker
Attorney General's Office
110 Sherman St.
Hartford, CT 06105

John Ward
18 Garamella Blvd.
Danbury, CT 06810

James G. Williams
Williams Walsh & O'Connor
110 Washington Avenue, 2nd Floor
North Haven, CT 06473

BY ORDER OF THE COURT

KEVIN F. ROWE, CLERK