FILED

2003 NOV -4  P 12: 02

S DISTRICT COURT
HARTFORD CT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| John Ward | ) | |
|     Plaintiff | ) | Civil Action No.: |
| | ) | **3:01CV1908(AVC)** |
| V. | ) | |
| | ) | |
| Robert Murphy, et.al. | ) | |
| | | |
|     Defendants | ) | 11/3/2003 |

## PLAINTIFF'S REQUEST FOR APPOINTMENT OF
## AN OFFICER OF THE COURT FOR DEPOSITIONS

I am the plaintiff in the above titled case. I make a request for the Court to appoint one of

its staff (perhaps a law clerk) to act as officer of the court and participate when I depose the

Defendants. Or the Court should allow me to do the depositions as similar to an officer of the

court. Or any appropriate order the Court may make to help me to depose the Defendants.

The parties met via telephone conferences and via mail, and discussed ways to allow me

to depose their clients. We have not agreed to any stipulations which would allow me to depose

their clients with anything other than an officer of the court.

Attached is a memorandum explaining my position.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Thank you,

_____  Date:11/3/03
John Ward, acting pro se and sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920

2

## CERTIFICATION

I certify that on this date I mailed via first class mail a copy of this motion to the Defendants' counsel of record:

| | |
|---|---|
| **Carolyn Signorelli – AAG**<br>55 Elm Street, P.O. Box 120<br>Hartford, CT 06141-0120<br>Tel: (860) 808-5160<br>Fax: (860) 808-5384<br>Carolyn.Signorelli@po.state.ct.us | **Stephen P. Fogerty**<br>Robert A. Rhodes<br>Halloran & Sage, LLP<br>315 Post Road West<br>Westport, Ct. 06880<br>203-227-2855, fax 203-227-6992 |
| **Heidi M. Cilano**<br>Bai, Pollock, Blueweiss & Mulcahey, P.C.<br>10 Middle Street<br>Bridgeport, Ct. 06604<br>203-3667991, fax: 203-366-4723 | **Michael O'Connor,**<br>James G. Williams<br>Williams, Walsh & O'Connor<br>110 Washington Avenue, 2nd<br>Floor, North Haven, CT 06473<br>203-234-6333, fax: 203-234-6330 |

11/3/2003

John Ward, Plaintiff pro se, sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920