FILED

2003 NOV 12 P 3: 25

US DISTRICT COURT
HARTFORD CT.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JOHN WARD

    plaintiff

VS

ROBERT MURPHY, ET AL

    defendant

CIVIL ACTION
# 3:01CV1908 (AVC)

NOVEMBER 13, 2003

## STIPULATION OF JUDGMENT OF DISMISSAL

The plaintiff in the above captioned action hereby stipulates that the above captioned matter shall be dismissed against the following defendants only, with prejudice:

DANBURY POLICE DEPARTMENT

ROBERT PAQUETTE, CHIEF OF POLICE

SHAUN MCCOLGAN, SARGEANT

ROBERT MADORE, OFFICER

JAMES MCNAMARA, CAPTAIN

PETER GANTERT, SARGEANT

CITY OF DANBURY, CT

RESPECTFULLY SUBMITTED

PLAINTIFF

*/s/ John Ward/*

JOHN WARD, PPA,
NEXT FRIEND OF MINOR, DONNA WARD
PRO SE
18 GARAMELLA BLVD
DANBURY CT 06810
TEL (203) 790 4920

## CERTIFICATE OF SERVICE

*hand delivered* I hereby certify that a copy of the foregoing STIPULATION OF DISMISSAL was *OR* mailed, first class, postage prepaid, to the following counsel of record, this 12th day of November, 2003, to :

Michael F. McKenna
Carolyn Signorelli
Attorney General's Office
55 Elm St.
Hartford, CT 06106
860-808-5160
Fax : 860-808-5384
Email:
michael.mckenna@po.state.ct.us
Carolyn.Signorelli@po.state.ct.us

2

John Essex Tucker
Attorney General's Office
110 Sherman St
Hartford, CT 06105
860-808-5400

Heidi M. Cilano
Garie J Mulcahey
Bai, Pollock, Blueweiss & Mulcahey
Park City Plaza
10 Middle Street PO Box 1978
Suite 820
Bridgeport, CT 06604
203-366-7991

Stephen P. Fogerty
Robert Avery Rhodes
Halloran & Sage
315 Post Rd. West
Westport, CT 06880
203-227-2855

*[signature]*

JOHN WARD, PPA,
NEXT FRIEND OF MINOR, DONNA WARD
PRO SE
18 GARAMELLA BLVD
DANBURY CT 06810
TEL (203) 790 4920