UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV 12 A 10: 57
DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| JOHN WARD | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 301CV1908 (AVC) |
| | : | |
| v. | : | |
| | : | |
| ROBERT MURPHY, ET AL. | : | |
| *Defendants* | : | November 12, 2003 |

### STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON BEHALF OF ROBERT MURPHY, SANDRA LIQUINDOLI, RALPH ARNONE, ROGER LIMA, EDWARD FEDERICI, KRISTINE D. RAGAGLIA AND THE STATE OF CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES

Pursuant to Rule 56( c) of the Federal Rules of Civil Procedure, the defendants respectfully move for summary judgment in their favor based upon the grounds stated in detail in the memorandum of law that accompanies this motion.

DEFENDANTS,
ROBERT MURPHY
SANDRA LIQUINDOLI
RALPH ARNONE
ROGER LIMA
EDWARD FEDERICI
KRISTINE D. RAGAGLIA
DEPARTMENT OF CHILDREN AND FAMILIES

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Carolyn Signorelli
Assistant Attorney General
Federal Bar No. ct17534
55 Elm St., 3rd Fl. Annex
Hartford, CT 06106
Tel: (860) 808- 5160
Fax: (860) 808-5384

**NO ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

1

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 12th day of November, 2003, first class postage prepaid to:

Mr. John Ward
18 Garmella Boulevard
Danbury, CT 06810

James Williams, Esq.
Williams, Walsh & O'Connor
110 Washington Avenue, 2nd Fl.
North Haven, CT 06473

Stephen Fogerty, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

Heidi M. Cilano, Esq.
Garie J. Mulcahey, Esq.
Bai, Pollock, Blueweiss & Mulcahey, P.C.
10 Middle Street
Bridgeport, CT 06604

_____
Carolyn Signorelli
Assistant Attorney General