UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| JOHN WARD<br>*Plaintiff* | : | CIVIL ACTION NO.<br>3:01CV1908(AVC) |
| v. | : | |
| ROBERT MURPHY, et al.<br>*Defendants* | : | NOVEMBER 13, 2003 |

2003 NOV 13 P 2: 07

US DISTRICT COURT
HARTFORD CT

## MOTION TO SEAL DOCUMENTS

### PREVIOUSLY FILED

Pursuant to Local Rule of Civil Procedure 5(d), the defendants Kristine D. Ragaglia, Commissioner of DCF, Sandra Liquindoli, a hotline social worker investigator, Robert Murphy, a social worker investigator, Ralph Arnone, a program supervisor, Roger Lima, a case aide, and Edward Federici, a treatment social worker (hereinafter the "state defendants") respectfully request this Court to seal the Appendix and the Statement of Material Facts filed with the Defendants' Motion for Summary Judgment filed on November 12, 2003. These documents were previously filed under seal with the original Motion for Summary Judgment filed on February 3, 2003.

WHEREFORE, the defendants request this Court seal the documents referenced above filed with the Defendants' Motion for Summary Judgment on November 12, 2003.

ORAL ARGUMENT NOT REQUESTED.

TESTIMONY NOT REQUIRED.

DEFENDANTS,
Kristine Ragaglia, Sandra Liquindoli, Robert Murphy, Roger Lima, Ralph Arnone, Edward Federici

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Carolyn Signorelli
Assistant Attorney General
55 Elm St., Annex
Hartford, CT 06106
Juris no. ct17534
Tel: (860) 808-5160
Fax: (860) 808-5384

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 13th day of November, 2003, first class postage prepaid to:

Mr. John Ward
18 Garmella Boulevard
Danbury, CT 06810

James Williams, Esq.
Williams, Walsh & O'Connor
110 Washington Avenue, 2nd Fl.
North Haven, CT 06473

Stephen Fogerty, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

Heidi M. Cilano, Esq.
Garie J. Mulcahey, Esq.
Bai, Pollock, Blueweiss & Mulcahey, P.C.
10 Middle Street
Bridgeport, CT 06604

_____
Carolyn Signorelli
Assistant Attorney General

2