**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

JOHN WARD

    plaintiff

VS

ROBERT MURPHY, ET AL

    defendants

CIVIL ACTION #
3:01CV1908(AVC)

NOVEMBER 12, 2003

## DEFENDANTS' MOTION TO DISMISS ON BEHALF OF DANBURY POLICE DEPARTMENT, ROBERT PAQUETTE-CHIEF OF POLICE, SARGENT SHAUN MCCOLGAN, OFFICER ROBERT MADORE, CAPTAIN JAMES MCNAMARA, SARGENT PETER GANTERT, AND THE CITY OF DANBURY

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the defendants respectfully move to dismiss the plaintiff's complaint based upon the grounds stated in detail in the memorandum of law that accompanies this motion.

**ORAL ARGUMENT IS REQUESTED**

**TESTIMONY WILL NOT BE REQUIRED**

RESPECTFULLY SUBMITTED
DEFENDANTS
DANBURY POLICE DEPARTMENT
ROBERT PAQUETTE-CHIEF OF POLICE
SARGENT SHAUN MCCOLGAN
OFFICER ROBERT MADORE
CAPTAIN JAMES MCNAMARA
SARGENT PETER GANTERT
CITY OF DANBURY

_____
MICHAEL F. O'CONNOR, ESQUIRE
FEDERAL BAR NO CT 08694
WILLIAMS, WALSH & O'CONNOR, LLC
110 WASHINGTON AVE 2ND FLR
NORTH HAVEN CT 06473
TEL 203 234 6333
FAX 203 234 6330

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION FOR SUMMARY JUDGMENT was mailed, first class, postage prepaid, to the following counsel of record, this 12th day of November, 2003, to :

JOHN WARD, PRO SE
18 GARAMELLA BLVD
DANBURY CT 06810
TEL 203 790 4920

MICHAEL F MCKENNA
CAROLYN SIGNORELLI
ATTORNEY GENERAL'S OFC
55 ELM ST
HARTFORD CT 06106
TEL 860 5160
FAX 860 808 5384

JOHN ESSEX TUCKER
ASST ATTY GENERAL
MACKENZIE HALL
110 SHERMAN ST
HARTFORD CT 06105
TEL 860 808 5480

HEIDI M CILANO
GARIE J MULCAHEY
BAI POLLOCK BLUEWEISS
& MULCAHEY PC
PARK CITY PLAZA
10 MIDDLE ST STE 820
POB 1978
BRIDGEPORT CT 06604
TEL 203 366 7991
FAX 203 366 4723

STEPHEN P FOGERTY
ROBERT AVERY RHODES
HALLORAN & SAGE LLP
315 POST RD WEST
WESTPORT CT 06880
TEL 203 227 2855
FAX 203 227 6992

_____
MICHAEL F. O'CONNOR