FILED

2003 NOV 18 P 2: 26

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| JOHN WARD | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:01CV1908 (AVC) |
| | : | |
| v. | : | |
| | : | |
| ROBERT MURPHY, et al. | : | |
| *Defendant* | : | November 14, 2003 |

## DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Defendants, employees of the Department of Children and Families, Robert Murphy, Ralph Arnone, Roger Lima, Sandara Liquindoli and Edward Federci, (hereinafter, "State Defendants") seek a stay of all depositions noticed by the plaintiff of the State Defendants. The grounds for said request are as follows:

(1) The State Defendants have filed a Motion for Summary Judgment alleging that they are not liable under the doctrine of qualified immunity. That Motion should be decided prior to the State Defendants being subjected to burdensome and time consuming depositions.

The plaintiff's previous claim in his objection to the previously filed Motion for Summary Judgment that he requires these depositions to respond to the Motion for Summary Judgment are insufficient basis to subject the State Defendants who are claiming immunity from suit to depositions by the plaintiff. This is especially true in light of the fact that the plaintiff was present during the activities complained of and has in his possession a videotape of the events which are the subject of this lawsuit. The plaintiff also has access to all of his and his daughter's mental health and or medical records and has in his possession the police incident reports and DCF record pertaining to this case.

(2)     The plaintiff has not properly noticed the depositions pursuant to Fed. R. Civ. Pro. 30(b)(4) or Rule 28(d), in that it is not clear they will be before "an officer authorized to administer oaths" and the plaintiff intends to record the deposition himself.

(3)     The plaintiff's requests for production are overly broad, burdensome and harassing in that he is seeking "[t]he deponent's personnel file", "[a]ll training materials used to train the above deponent in regards to his/her duties under the ADA, Rehabilitation Act of 1973 and Connecticut statutes prohibiting discrimination based on disability and gender" and "[a]ll documents created by the deponent independently of his/her employment. These include but are not limited to notes, diaries, reports, personal letters, or other records – which refer in any manner to the above titled federal law suit or its parties" from each state defendant.

The State Defendants submit the attached Memorandum of Law in support of this Motion for Protective Order and respectfully requests that the Motion for Protective Order be granted.

STATE DEFENDANTS

BY: RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Carolyn Signorelli
Assistant Attorney General
Federal Bar No.ct 17534
55 Elm Street, 3rd Fl. Annex
Hartford, CT 06106
Tel: (860) 808-5160
Fax: (860) 808-5384

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 14th day of November, 2003, first class postage prepaid to:

Mr. John Ward
18 Garmella Boulevard
Danbury, CT 06810

James Williams, Esq.
Williams, Walsh & O'Connor
110 Washington Avenue, 2nd Fl.
North Haven, CT 06473

Stephen Fogerty, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

Heidi M. Cilano, Esq.
Garie J. Mulcahey, Esq.
Bai, Pollock, Blueweiss & Mulcahey, P.C.
10 Middle Street
Bridgeport, CT 06604

_____
Carolyn Signorelli
Assistant Attorney General