UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN WARD<br>*Plaintiff* | : | CIVIL ACTION NO.<br>3:01CV1908(AVC) |
| v. | : | |
| ROBERT MURPHY, et al.<br>*Defendants* | : | NOVEMBER 13, 2003 |

## MOTION TO SEAL DOCUMENTS

## PREVIOUSLY FILED

Pursuant to Local Rule of Civil Procedure 5(d), the defendants Kristine D. Ragaglia, Commissioner of DCF, Sandra Liquindoli, a hotline social worker investigator, Robert Murphy, a social worker investigator, Ralph Arnone, a program supervisor, Roger Lima, a case aide, and Edward Federici, a treatment social worker (hereinafter the "state defendants") respectfully request this Court to seal the Appendix and the Statement of Material Facts filed with the Defendants' Motion for Summary Judgment filed on November 12, 2003. These documents were previously filed under seal with the original Motion for Summary Judgment filed on February 3, 2003.

WHEREFORE, the defendants request this Court seal the documents referenced above filed with the Defendants' Motion for Summary Judgment on November 12, 2003.

ORAL ARGUMENT NOT REQUESTED.

TESTIMONY NOT REQUIRED.

November 20, 2003. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.