151

2003 NOV 12 P 3: 25

US DISTRICT COURT
HARTFORD CT.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JOHN WARD

  plaintiff

VS

ROBERT MURPHY, ET AL

  defendant

CIVIL ACTION
# 3:01CV1908 (AVC)

NOVEMBER 13, 2003

## STIPULATION OF JUDGMENT OF DISMISSAL

The plaintiff in the above captioned action hereby stipulates that the above captioned matter shall be dismissed against the following defendants only, with prejudice:

DANBURY POLICE DEPARTMENT

ROBERT PAQUETTE, CHIEF OF POLICE

SHAUN MCCOLGAN, SARGEANT

ROBERT MADORE, OFFICER

JAMES MCNAMARA, CAPTAIN

PETER GANTERT, SARGEANT

CITY OF DANBURY, CT

Alfred V. Covello, U.S.D.J.

FILED

2003 NOV 24 P 3: 53

US DISTRICT COURT
HARTFORD CT

November 21, 2003.
SO ORDERED.