UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN WARD<br>*Plaintiff* | : CIVIL ACTION NO.<br>: 3:01CV1908 (AVC) |
| v. | : |
| ROBERT MURPHY, et al.<br>*Defendant* | :<br>: November 20, 2003 |

## MOTION FOR SUPPLEMENTAL SUBMISSION IN SUPPORT OF STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Defendants, employees of the Department of Children and Families, Robert Murphy, Ralph Arnone, Roger Lima, Sandra Liquindoli and Edward Federci, (hereinafter, "State Defendants") move to submit the following Exhibits for the Court's consideration in support of the Motion for Summary Judgment filed on November 12, 2003:

(1)   Exhibit J of the Appendix: Affidavit of Dr. Eitan Kilchevsky

(2)   A copy of the video tape, provided by the plaintiff, of the October 10, 1999 well-child check and the October 18, 1999 removal by the Department of Children and Families and the Danbury Police Department.

The State Defendants respectfully request that the court accept these submissions in support of their Motion for Summary Judgment.

STATE DEFENDANTS

BY: RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Carolyn Signorelli

Assistant Attorney General
Federal Bar No.ct 17534
55 Elm Street, 3rd Fl. Annex
Hartford, CT 06106
Tel: (860) 808-5160
Fax: (860) 808-5384
e-mail:carolyn.signorelli@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 20th day of November, 2003, first class postage prepaid to:

Mr. John Ward
18 Garmella Boulevard
Danbury, CT 06810

James Williams, Esq.
Williams, Walsh & O'Connor
110 Washington Avenue, 2nd Fl.
North Haven, CT 06473

Stephen Fogerty, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

Heidi M. Cilano, Esq.
Garie J. Mulcahey, Esq.
Bai, Pollock, Blueweiss & Mulcahey, P.C.
10 Middle Street
Bridgeport, CT 06604

_____
Carolyn Signorelli
Assistant Attorney General