# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JOHN WARD

    plaintiff

VS

ROBERT MURPHY, ET AL

    defendants

CIVIL ACTION #
3:01CV1908(AVC)

NOVEMBER 12, 2003

# DEFENDANTS' MOTION TO DISMISS
## ON BEHALF OF DANBURY POLICE DEPARTMENT, ROBERT PAQUETTE-CHIEF OF POLICE, SARGENT SHAUN MCCOLGAN, OFFICER ROBERT MADORE, CAPTAIN JAMES MCNAMARA, SARGENT PETER GANTERT, AND THE CITY OF DANBURY

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the defendants respectfully move to dismiss the plaintiff's complaint based upon the grounds stated in detail in the memorandum of law that accompanies this motion.

**ORAL ARGUMENT IS REQUESTED**

**TESTIMONY WILL NOT BE REQUIRED**

```
3:01CV1908(AVC).  November 25, 2003.  As the plaintiff has stipulated
to the dismissal of his causes of actions against the defendants, see
document no. 151, the defendants' motion to dismiss (document no.
156) is DENIED as moot.
SO ORDERED.
            Alfred V. Covello, U.S.D.J.
```