158

FILED
2003 NOV 18 P 2: 26
US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN WARD<br>*Plaintiff* | CIVIL ACTION NO.<br>3:01CV1908 (AVC) |
| v. | |
| ROBERT MURPHY, et al.<br>*Defendant* | November 14, 2003 |

## DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Defendants, employees of the Department of Children and Families, Robert Murphy, Ralph Arnone, Roger Lima, Sandara Liquindoli and Edward Federci, (hereinafter, "State Defendants") seek a stay of all depositions noticed by the plaintiff of the State Defendants. The grounds for said request are as follows:

(1)    The State Defendants have filed a Motion for Summary Judgment alleging that they are not liable under the doctrine of qualified immunity. That Motion should be decided prior to the State Defendants being subjected to burdensome and time consuming depositions.

The plaintiff's previous claim in his objection to the previously filed Motion for Summary Judgment that he requires these depositions to respond to the Motion for Summary Judgment are insufficient basis to subject the State Defendants who are claiming immunity from suit to depositions by the plaintiff. This is especially true in light of the fact that the plaintiff was present during the activities complained of and has in his possession a videotape of the events

---

3:01CV1908(AVC). December 1, 2003. The defendant's motion for protective order (document no. 158) is DENIED without prejudice to its refiling in accordance with Local Rule 37(a)(2).
SO ORDERED.

Alfred V. Covello, U.S.D.J.