UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN WARD | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:01CV1908 (AVC) |
| | : | |
| v. | : | |
| | : | |
| ROBERT MURPHY, et al. | : | |
| *Defendant* | : | November 24, 2003 |

### DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Defendants, employees of the Department of Children and Families, Robert Murphy, Ralph Arnone, Roger Lima, Sandara Liquindoli and Edward Federci, (hereinafter, "State Defendants") seek a stay of all the interrogatories and production requests filed by the plaintiff of the State Defendants. The grounds for said request are as follows:

(1) The State Defendants have filed a Motion for Summary Judgment alleging that they are not liable under the doctrine of qualified immunity. That Motion should be decided prior to the State Defendants being subjected to answering burdensome and time consuming interrogatories and production requests . The State Defendants have already provided the plaintiff with a copy of the DCF record pertaining to this case. The plaintiff also has access to all of his and his daughter's mental health and or medical records and has in his possession the police incident reports.

(2) The plaintiff's requests for production are overly broad, burdensome and harassing in that he is seeking "[t]he defendant's personnel file", "[a]ll training materials used to train the above defendant in regards to his/her duties under the ADA, Rehabilitation Act of 1973 and Connecticut statutes prohibiting discrimination based on disability and gender" and "[a]ll

documents created by the defendant independently of his/her employment. These include but are not limited to notes, diaries, reports, personal letters, or other records – which refer in any manner to the above titled federal law suit or its parties" from each state defendant.

     The State Defendants submit the attached Memorandum of Law in support of this Motion for Protective Order and respectfully requests that the Motion for Protective Order be granted.

               STATE DEFENDANTS

               BY: RICHARD BLUMENTHAL
               ATTORNEY GENERAL

BY:   /s/_____
      Carolyn Signorelli
      Assistant Attorney General
      Federal Bar No.ct 17534
      55 Elm Street, 3rd Fl. Annex
      Hartford, CT  06l06
      Tel: (860) 808-5160
      Fax: (860) 808-5384

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 24th day of November, 2003, first class postage prepaid to:

Mr. John Ward
18 Garmella Boulevard
Danbury, CT 06810

James Williams, Esq.
Williams, Walsh & O'Connor
110 Washington Avenue, 2nd Fl.
North Haven, CT 06473

Stephen Fogerty, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

Heidi M. Cilano, Esq.
Garie J. Mulcahey, Esq.
Bai, Pollock, Blueweiss & Mulcahey, P.C.
10 Middle Street
Bridgeport, CT 06604


  /s/_____
Carolyn Signorelli
Assistant Attorney General