UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN WARD<br>*Plaintiff* | : | CIVIL ACTION NO.<br>3:01CV1908 (AVC) |
| v. | : | |
| ROBERT MURPHY, el al.<br>*Defendant* | : | DECEMBER 4, 2003 |

## MOTION TO WITHDRAW APPEARANCE

In accordance with Local Rule 5, the undersigned moves for leave to withdraw her appearance for the defendants in the above-referenced case. Another Assistant Attorney General, Carolyn Signorelli, Federal Bar No. ct17534, has filed an appearance for said defendants and will be defending them henceforth. Accordingly, the undersigned respectfully asks the court to grant this motion.

                                                    RICHARD BLUMENTHAL
                                                    ATTORNEY GENERAL

BY: _____
           Michael McKenna
           Assistant Attorney General
           Federal Bar No. ct08407
           55 Elm Street
           P.O. Box 120
           Hartford, CT  06141-0120
           Tel: (860) 808-5150
           Fax: (860) 808-5389

## **CERTIFICATION**

I hereby certify pursuant to F.R.C.P. 5 that on December 4, 2003 a copy of this motion was mailed, first class postage prepaid, to:

Mr. John Ward
18 Garmella Boulevard
Danbury, CT 06810

John Essex Tucker
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Carolyn Signorelli
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

James Williams, Esq.
Williams, Walsh & O'Connor
110 Washington Avenue, 2nd Floor
North Haven, CT 06473

Stephen Fogerty, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

Heidi M. Cilano, Esq.
Garie J. Mulcahey, Esq.
Bai, Pollock, Blueweiss & Mulcahey, P.C.
10 Middle Street
Bridgeport, CT 06604

_____
Michael McKenna
Assistant Attorney General