UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN WARD<br>*Plaintiff* | CIVIL ACTION NO.<br>3:01CV1908 (AVC) |
| v. | |
| ROBERT MURPHY, et al.<br>*Defendant* | November 20, 2003 |

**MOTION FOR SUPPLEMENTAL SUBMISSION IN SUPPORT OF STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The Defendants, employees of the Department of Children and Families, Robert Murphy, Ralph Arnone, Roger Lima, Sandra Liquindoli and Edward Federci, (hereinafter, "State Defendants") move to submit the following Exhibits for the Court's consideration in support of the Motion for Summary Judgment filed on November 12, 2003:

(1)  Exhibit J of the Appendix: Affidavit of Dr. Eitan Kilchevsky

(2)  A copy of the video tape, provided by the plaintiff, of the October 10, 1999 well-child check and the October 18, 1999 removal by the Department of Children and Families and the Danbury Police Department.

The State Defendants respectfully request that the court accept these submissions in support of their Motion for Summary Judgment.

STATE DEFENDANTS

BY: RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Carolyn Signorelli

December 17, 2003. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.