#173

01cv1908meawdraw

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN WARD<br>*Plaintiff* | : | CIVIL ACTION NO. /haw<br>3:01CV1908 (AVC) |
| v. | : | |
| ROBERT MURPHY, el al.<br>*Defendant* | : | DECEMBER 4, 2003 |

## MOTION TO WITHDRAW APPEARANCE

In accordance with Local Rule 5, the undersigned moves for leave to withdraw her appearance for the defendants in the above-referenced case. Another Assistant Attorney General, Carolyn Signorelli, Federal Bar No. ct17534, has filed an appearance for said defendants and will be defending them henceforth. Accordingly, the undersigned respectfully asks the court to grant this motion.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Michael McKenna
Assistant Attorney General
Federal Bar No. ct08407
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5150
Fax: (860) 808-5389

December 18, 2003. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

FILED
2003 DEC 18 P 12: 47
U.S. DISTRICT COURT
HARTFORD, CT.