FILED

2004 JAN -5 P 12: 5

U.S. DISTRICT COURT
HARTFORD, CT.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| John Ward | ) | |
|     Plaintiff | ) | Civil Action No.: |
| | ) | **3:01CV1908(AVC)** |
| V. | ) | |
| | ) | |
| Robert Murphy, et.al. | ) | |
| | ) | |
|     Defendants | ) | 12/31/03 |

## PLAINTIFF'S MOTION FOR
## EXTENSION OF TIME

I am the plaintiff in the above case. I make a motion for an extension of time to file reply memoranda to the defendant DCF employees' 11/03 motion to dismiss in the above case – due 12/31/03 as per settlement conference scheduling order. I request the extension until January 9, 2004.

I also request that the deadline for my response to the Hospital defendants' motion to dismiss be extended past 12/31/03 until the usual time allowed for responses. The Hospital defendants' motion is dated 12/22/03 and 12/31/03 is only nine days and they may not have sent me the whole motion – I have pointed out what I think they didn't send and am awaiting word from their attorney.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

1

I faxed a copy of this motion to the Defendants on 12/29/03 and asked them to let me know if they have an objection and I have received no objections.

This is the first request for an extension for this motion.

Thank you,

_____ Date: 12/31/03
John Ward, acting pro se and sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920


## CERTIFICATION

I certify that on this date I mailed via first class mail a copy of this motion to the Defendants' counsel of record:

| **Carolyn Signorelli – AAG**<br>55 Elm Street, P.O. Box 120<br>Hartford, CT 06141-0120<br>Tel: (860) 808-5160<br>Fax: (860) 808-5384<br>Carolyn.Signorelli@po.state.ct.us | **Stephen P. Fogerty**<br>Robert A. Rhodes<br>Halloran & Sage, LLP<br>315 Post Road West<br>Westport, Ct. 06880<br>203-227-2855, fax 203-227-6992 |
|---|---|
| **Heidi M. Cilano**<br>Bai, Pollock, Blueweiss & Mulcahey, P.C.<br>10 Middle Street<br>Bridgeport, Ct. 06604<br>203-3667991, fax: 203-366-4723 | |

Date: 12/31/2003

_____
John Ward, Plaintiff pro se, sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920

2