FILED

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| John Ward | ) | |
|      Plaintiff | ) | Civil Action No.: |
| | ) | **3:01CV1908(AVC)** |
|      V. | ) | |
| | ) | |
| Robert Murphy, et.al. | ) | |
| | ) | |
|      Defendants | ) | January 9, 2004 |

## PLAINTIFF'S MOTION FOR
## EXTENSION OF TIME

I am the plaintiff in the above case. I make a motion for an extension of time to file reply memoranda to the defendant DCF employees' 11/03 motion to dismiss in the above case and the Hospital Defendants Motion to dismiss. I request the extension until January 23, 2004.

This is my second motion for extension of time on the State's motion and my first motion for extension of time on the Hospital's motion. I faxed a copy of this motion to the Defendants yesterday and have received an objection from the DCF defendants but they state no reason for their objection.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

1

All the research was completed weeks ago but I am still having difficulty putting the issues and fact statements together.

Thank you,

_____ Date: 1/9/04
John Ward, acting pro se and sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920


## CERTIFICATION

I certify that on this date I mailed via first class mail a copy of this motion to the Defendants' counsel of record:

| Carolyn Signorelli – AAG | Stephen P. Fogerty |
|---|---|
| 55 Elm Street, P.O. Box 120 | Robert A. Rhodes |
| Hartford, CT 06141-0120 | Halloran & Sage, LLP |
| Tel: (860) 808-5160 | 315 Post Road West |
| Fax: (860) 808-5384 | Westport, Ct. 06880 |
| Carolyn.Signorelli@po.state.ct.us | 203-227-2855, fax 203-227-6992 |

| Heidi M. Cilano | |
|---|---|
| Bai, Pollock, Blueweiss & Mulcahey, P.C. | |
| 10 Middle Street | |
| Bridgeport, Ct. 06604 | |
| 203-3667991, fax: 203-366-4723 | |

Date: 1/9/2004

_____
John Ward, Plaintiff pro se, sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920

2