183

01cv1908mext

FILED

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

John Ward            )
   Plaintiff    )
                )  Civil Action No.:
V.                   )  3:01CV1908(AVC)
                )
Robert Murphy, et.al. )
                )
   Defendants    )  January 9, 2004

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

I am the plaintiff in the above case. I make a motion for an extension of time to file reply memoranda to the defendant DCF employees' 11/03 motion to dismiss in the above case and the Hospital Defendants Motion to dismiss. I request the extension until January 23, 2004.

This is my second motion for extension of time on the State's motion and my first motion for extension of time on the Hospital's motion. I faxed a copy of this motion to the Defendants yesterday and have received an objection from the DCF defendants but they state no reason for their objection.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

2004 JAN 14
U.S. DISTRICT COURT
HARTFORD, CT.

```
3:01CV1908(AVC).  January 14, 2004.  The motion for an extension of
time (document no. 183) is GRANTED.  No further extensions of time
shall be granted absent good cause.
SO ORDERED.

            Alfred V. Covello, U.S.D.J.
```