UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN WARD | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:01CV1908 (AVC) |
| | : | |
| v. | : | |
| | : | |
| ROBERT MURPHY, et al. | : | |
| *Defendant* | : | JANUARY 8, 2004 |

## STATE DEFENDANTS' OBJECTION TO
## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b)(2), the Defendants, employees of the Department of Children and Families, Robert Murphy, Ralph Arnone, Roger Lima, Sandra Liquindoli and Edward Federci, (hereinafter, "State Defendants") herein object to the plaintiff's motion for extension of time: The grounds for said objection are as follows:

(1)     The plaintiff has previously requested an extension to January 9, 2004, to which the State Defendants did not object. He does not give any good cause for this second request.

(2)  The Court set a scheduling order on October 22, 2003 in order to bring this case, that has been pending since October 10, 2001, closure.

(3)  Plaintiff's requests for extensions of time are based upon his inability to articulate a response to the pending Motions for Summary Judgment. This is not a sufficient basis to extend this litigation further and subject the State Defendants to continued uncertainty regarding the pendency of this lawsuit.

**ORAL ARGUMENT NOT REQUESTED.**
**TESTIMONY NOT REQUIRED.**

Wherefore, the State Defendants respectfully object to the plaintiff's Motion for Extension of Time and respectfully requests that the Motion be denied and the State Defendants' objection be sustained.

        STATE DEFENDANTS

        BY: RICHARD BLUMENTHAL
        ATTORNEY GENERAL


BY: _____
        Carolyn Signorelli
        Assistant Attorney General
        Federal Bar No.ct 17534
        55 Elm Street, 3rd Fl. Annex
        Hartford, CT  06l06
        Tel: (860) 808-5160
        Fax: (860) 808-5384
        e-mail:carolyn.signorelli@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 8th day of January, 2004, first class postage prepaid to:

Mr. John Ward
18 Garmella Boulevard
Danbury, CT 06810

James Williams, Esq.
Williams, Walsh & O'Connor
110 Washington Avenue, 2nd Fl.
North Haven, CT 06473

Stephen Fogerty, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

Heidi M. Cilano, Esq.
Garie J. Mulcahey, Esq.
Bai, Pollock, Blueweiss & Mulcahey, P.C.
10 Middle Street
Bridgeport, CT 06604

_____
Carolyn Signorelli
Assistant Attorney General