UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2004 JAN 26  P 2: 15
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| John Ward | ) | |
|     Plaintiff | ) | Civil Action No.: |
| | ) |     3:01CV1908(AVC) |
| V. | ) | |
| | ) | |
| Robert Murphy, et.al. | ) | |
| | ) | |
|     Defendants | ) | January 21, 2004 |

## PLAINTIFF'S MOTION TO SEAL DOCUMENTS

I am the plaintiff in the above case. I make a motion to seal the attached Plaintiff's exhibits 1 thru 248 and CD-1 thru CD-5.

Pursuant to Local Rule of Civil Procedure 5(d), the plaintiff, John Ward, respectfully request this Court to seal these exhibits. There is an order for protection granted by Judge Covello that these records be kept sealed by the Clerk.

WHEREFORE, the Plaintiff requests this Court seal the documents referenced above.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Thank you,

_____ Date: January 21, 2004
John Ward, acting pro se and sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920

## CERTIFICATION

I certify that on this date I mailed via first class mail a copy of this motion to the Defendants' counsel of record.

_____ Date: January 21, 2004
John Ward, Plaintiff pro se, sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920

I certify that I mailed and hand delivered a copy of the exhibits to the Defendants' counsel of record on this date and previous dates.

_____ Date: January 21, 2004
John Ward, Plaintiff pro se, sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920