UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| John Ward ) | 2004 JAN 26  P 2: 38 |
| Plaintiff ) | Civil Action No.: |
| ) | 3:01CV1908(AVC) |
| V. ) | U.S. DISTRICT COURT |
| ) | HARTFORD, CT. |
| Robert Murphy, et.al. ) | |
| ) | |
| Defendants ) | January 23, 2004 |

## MOTION TO DENY STATE'S MOTION FOR SUMMARY JUDGMENT UNTIL THE JUVENILE COURT DECIDES WHETHER TO OPEN THE JUVENILE COURT RECORD

I am the plaintiff in the above titled case. I motion that this Court withhold judgment on the State's motion for summary judgment until the State of Connecticut Superior Court – Juvenile Matters rules on my petition/request to open the record for purposes of judicial and collateral estoppel in the present action.

After the Juvenile Court makes its decision and does or does not transmit the record of its proceedings to the Federal Court, I ask that I have the time to make the appropriate motions to either deny their motion for summary judgment or move for collateral estoppel and judicial estoppel to preclude the court from ruling that there was reasonable cause for them to seize my daughter and then file a petition to preclude their sovereign immunity.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY REQUIRED**

Respectfully submitted by,

_John Ward_ Date: 1/23/04
John Ward, acting pro se and sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920

## CERTIFICATION

I certify that on this date I mailed via first class mail a copy of this motion to the Defendants' counsel of record:

| | |
|---|---|
| **Carolyn Signorelli – AAG**<br>55 Elm Street, P.O. Box 120<br>Hartford, CT 06141-0120<br>Tel: (860) 808-5160<br>Fax: (860) 808-5384<br>Carolyn.Signorelli@po.state.ct.us | **Stephen P. Fogerty**<br>Robert A. Rhodes<br>Halloran & Sage, LLP<br>315 Post Road West<br>Westport, Ct. 06880<br>203-227-2855, fax 203-227-6992 |
| **Heidi M. Cilano**<br>Bai, Pollock, Blueweiss & Mulcahey, P.C.<br>10 Middle Street<br>Bridgeport, Ct. 06604<br>203-3667991, fax: 203-366-4723 | **Michael O'Connor,**<br>James G. Williams<br>Williams, Walsh & O'Connor<br>110 Washington Avenue, 2nd Floor, North Haven, CT 06473<br>203-234-6333, fax: 203-234-6330 |

January 23, 2004

_____
John Ward, Plaintiff pro se, sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920