UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| John Ward | ) | |
|     Plaintiff | ) | Civil Action No.: |
| | ) | 3:01CV1908(AVC) |
| V. | ) | |
| | ) | |
| Robert Murphy, et.al. | ) | |
| | ) | |
|     Defendants | ) | January 23, 2004 |

FILED
2004 JAN 26  P 2: 38
DISTRICT COURT
HARTFORD, CT.

## MOTION TO DELAY PROCEEDINGS UNTIL THE STATE JUVENILE COURT DECIDES MY PETITION TO OPEN THE JUVENILE COURT RECORD FOR PURPOSES OF JUDICIAL AND COLLATERAL ESTOPPEL

I am the plaintiff in the above titled case. I motion that this Court delay the proceedings until the State of Connecticut Superior Court – Juvenile Matters rules on my petition/request to open the record for purposes of judicial and collateral estoppel in the present action.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY REQUIRED**

Respectfully submitted by,

_____ Date: 1/23/04
John Ward, acting pro se and sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920

## CERTIFICATION

I certify that on this date I mailed via first class mail a copy of this motion to the Defendants' counsel of record:

| | |
|---|---|
| **Carolyn Signorelli – AAG**<br>55 Elm Street, P.O. Box 120<br>Hartford, CT 06141-0120<br>Tel: (860) 808-5160<br>Fax: (860) 808-5384<br>Carolyn.Signorelli@po.state.ct.us | **Stephen P. Fogerty**<br>Robert A. Rhodes<br>Halloran & Sage, LLP<br>315 Post Road West<br>Westport, Ct. 06880<br>203-227-2855, fax 203-227-6992 |
| **Heidi M. Cilano**<br>Bai, Pollock, Blueweiss & Mulcahey, P.C.<br>10 Middle Street<br>Bridgeport, Ct. 06604<br>203-3667991, fax: 203-366-4723 | **Michael O'Connor,**<br>James G. Williams<br>Williams, Walsh & O'Connor<br>110 Washington Avenue, 2nd Floor, North Haven, CT 06473<br>203-234-6333, fax: 203-234-6330 |

January 23, 2004

_____
John Ward, Plaintiff pro se, sui juris
48 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920