171

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN WARD<br>*Plaintiff* | : <br> : <br> : | CIVIL ACTION NO.<br>3:01CV1908 (AVC) |
| v. | : | |
| ROBERT MURPHY, et al.<br>*Defendant* | : <br> : | November 24, 2003 |

### DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Defendants, employees of the Department of Children and Families, Robert Murphy, Ralph Arnone, Roger Lima, Sandara Liquindoli and Edward Federci, (hereinafter, "State Defendants") seek a stay of all the interrogatories and production requests filed by the plaintiff of the State Defendants. The grounds for said request are as follows:

(1) The State Defendants have filed a Motion for Summary Judgment alleging that they are not liable under the doctrine of qualified immunity. That Motion should be decided prior to the State Defendants being subjected to answering burdensome and time consuming interrogatories and production requests. The State Defendants have already provided the plaintiff with a copy of the DCF record pertaining to this case. The plaintiff also has access to all of his and his daughter's mental health and or medical records and has in his possession the police incident

---

```
3:01CV1908(AVC).  February 2, 2004.  As the plaintiff indicates that
he "probably [has enough information] . . . to respond to the
[defendants'] motion for summary judgment," see Document No. 177, the
defendants' motion for protective order is GRANTED.
SO ORDERED.
                      Alfred V. Covello, U.S.D.J.
```