01cv1908mdisc

United States District Court
District of Connecticut
FILED AT HARTFORD

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| John Ward | ) | |
|     Plaintiff | ) | Civil Action No.: |
| | ) |    **3:01CV1908(AVC)** |
| V. | ) | |
| | ) | |
| Robert Murphy, et.al. | ) | |
| | ) | |
|     Defendants | ) | 11/3/2003 |

## PLAINTIFF'S REQUEST TO INCLUDE DISCOVERY DISPUTES AT THE 11/12/2003 SETTLEMENT CONFERENCE

I am the plaintiff in the above titled case. I make a request for the Court to include at the settlement conference any outstanding or raised disputes about depositions and discovery.

The parties met via telephone conferences and via mail, and discussed ways to allow me to depose their clients. We have not agreed to any stipulations which would allow me to depose their clients with anything other than an officer of the court.

Attached is a memorandum describing my position.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Thank you,

_____ Date: 11/3/03
John Ward, acting pro se and sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920

February 2, 2004. DENIED as Moot.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

4