01cv1908mseal

186

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

FILED
2004 JAN 26  P 2: 15
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| John Ward | ) | |
|     Plaintiff | ) | Civil Action No.: |
| | ) |     3:01CV1908(AVC) |
| V. | ) | |
| | ) | |
| Robert Murphy, et.al. | ) | |
| | ) | |
|     Defendants | ) | January 21, 2004 |

## PLAINTIFF'S MOTION TO SEAL DOCUMENTS

I am the plaintiff in the above case. I make a motion to seal the attached Plaintiff's exhibits 1 thru 248 and CD-1 thru CD-5.

Pursuant to Local Rule of Civil Procedure 5(d), the plaintiff, John Ward, respectfully request this Court to seal these exhibits. There is an order for protection granted by Judge Covello that these records be kept sealed by the Clerk.

WHEREFORE, the Plaintiff requests this Court seal the documents referenced above.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

February 2, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED
2004 FEB -4  P 12: 39
U.S. DISTRICT COURT
HARTFORD, CT.