189

01cv1908mdelay

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| John Ward | ) |
|     Plaintiff | )    2004 JAN 26 P 2: 38 |
| | )    Civil Action No.: |
| V. | )    3:01CV1908(AVC) |
| | )    DISTRICT COURT |
| Robert Murphy, et.al. | )    HARTFORD, CT. |
| | ) |
|     Defendants | )    January 23, 2004 |

## MOTION TO DELAY PROCEEDINGS UNTIL THE STATE JUVENILE COURT DECIDES MY PETITION TO OPEN THE JUVENILE COURT RECORD FOR PURPOSES OF JUDICIAL AND COLLATERAL ESTOPPEL

I am the plaintiff in the above titled case. I motion that this Court delay the proceedings until the State of Connecticut Superior Court – Juvenile Matters rules on my petition/request to open the record for purposes of judicial and collateral estoppel in the present action.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY REQUIRED**

Respectfully submitted by,

_____ Date: 1/23/04
John Ward, acting pro se and sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920

---

3:01CV1908(AVC). February 3, 2004. The plaintiff's motion to delay proceedings (document no. 189) is DENIED for the same reasons that this court denied the plaintiff's motions to deny the defendants' motions for summary judgment. See Documents No. 187, 188. SO ORDERED.

Alfred V. Covello, U.S.D.J.