UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 FEB 18 P 2: 03

U.S. DISTRICT CT
HARTFORD, CT.

| | | |
|---|---|---|
| John Ward | ) | |
|     Plaintiff | ) | Civil Action No.: |
| | ) | **3:01CV1908(AVC)** |
| V. | ) | |
| | ) | |
| Robert Murphy, et.al. | ) | |
| | ) | |
|     Defendants | ) | February 17, 2004 |

## MOTION FOR EXTENSION OF TIME

I am the plaintiff in the above titled case. I motion that this Court grant an extension of time until today to file motions and memoranda denying the State and Hospital's motions to dismiss.

The decision and order requiring me to file memoranda by 2/13 was postmarked 2/4 but didn't arrive here until 2/10. I think the snowstorm and Clerk's office may have delayed it. I only had three days until 2/13.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Respectfully submitted by,

_____ Date: 2/17/04
John Ward, acting pro se and sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920

## CERTIFICATION

    I certify that on this date I mailed via first class mail a copy of this motion to the Defendants' counsel of record:

| | |
|---|---|
| **Carolyn Signorelli** – AAG<br>55 Elm Street, P.O. Box 120<br>Hartford, CT 06141-0120<br>Tel: (860) 808-5160<br>Fax: (860) 808-5384<br>Carolyn.Signorelli@po.state.ct.us | **Stephen P. Fogerty**<br>Robert A. Rhodes<br>Halloran & Sage, LLP<br>315 Post Road West<br>Westport, Ct. 06880<br>203-227-2855, fax 203-227-6992 |
| **Heidi M. Cilano**<br>Bai, Pollock, Blueweiss & Mulcahey, P.C.<br>10 Middle Street<br>Bridgeport, Ct. 06604<br>203-3667991, fax: 203-366-4723 | |

February 17, 2004

                                          _____
                                          John Ward, Plaintiff pro se, sui juris
                                          18 Garamella Boulevard
                                          Danbury, Connecticut 06810
                                          (203) 790-4920