FILED

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

2004 FEB 18  P 2: 04

| | |
|---|---|
| John Ward ) | |
|     Plaintiff ) | Civil Action No.: |
| ) | **3:01CV1908(AVC)** |
| V. ) | |
| ) | |
| Robert Murphy, et.al. ) | |
| ) | |
|     Defendants ) | February 17, 2004 |

## MOTION TO DENY STATE'S MOTION FOR SUMMARY JUDGMENT

I am the plaintiff in the above titled case. I motion that this Court deny the State defendants' motion for summary judgment.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY REQUIRED**

Respectfully submitted by,

_____ Date: 2/17/04
John Ward, acting pro se and sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920

## CERTIFICATION

    I certify that on this date I mailed via first class mail a copy of this motion to the Defendants' counsel of record:

| | |
|---|---|
| **Carolyn Signorelli** – AAG<br>55 Elm Street, P.O. Box 120<br>Hartford, CT 06141-0120<br>Tel: (860) 808-5160<br>Fax: (860) 808-5384<br>Carolyn.Signorelli@po.state.ct.us | **Stephen P. Fogerty**<br>Robert A. Rhodes<br>Halloran & Sage, LLP<br>315 Post Road West<br>Westport, Ct. 06880<br>203-227-2855, fax 203-227-6992 |
| **Heidi M. Cilano**<br>Bai, Pollock, Blueweiss & Mulcahey, P.C.<br>10 Middle Street<br>Bridgeport, Ct. 06604<br>203-3667991, fax: 203-366-4723 | |

February 17, 2004

                                                    */s/ John Ward*<br>
                                          John Ward, Plaintiff pro se, sui juris<br>
                                          18 Garamella Boulevard<br>
                                          Danbury, Connecticut 06810<br>
                                          (203) 790-4920