200

01cv1908next

FILED

2004 FEB 18  P 2: 03

U.S. DISTRICT COURT
HARTFORD, CT.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

John Ward )
      Plaintiff ) Civil Action No.:
 ) **3:01CV1908(AVC)**
V. )
 )
Robert Murphy, et.al. )
 )
      Defendants ) February 17, 2004

### MOTION FOR EXTENSION OF TIME

I am the plaintiff in the above titled case. I motion that this Court grant an extension of time until today to file motions and memoranda denying the State and Hospital's motions to dismiss.

The decision and order requiring me to file memoranda by 2/13 was postmarked 2/4 but didn't arrive here until 2/10. I think the snowstorm and Clerk's office may have delayed it. I only had three days until 2/13.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

FILED 2004 FEB 19 U.S. DISTRICT COURT HARTFORD, CT.
Alfred V. Covello, U.S.D.J.

Respectfully submitted by,

_____ Date: 2/17/04
John Ward, acting pro se and sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920

February 19, 2004. GRANTED.
SO ORDERED.