FILED

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

2004 FEB 19  P 3:55

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| John Ward | ) | |
|       Plaintiff | ) | Civil Action No.: |
| | ) |     **3:01CV1908(AVC)** |
|     V. | ) | |
| | ) | |
| Robert Murphy, et.al. | ) | |
| | ) | |
|       Defendants | ) | February 17, 2004 |

## MOTION TO DENY HOSPITAL'S MOTION
## FOR SUMMARY JUDGMENT

I am the plaintiff in the above titled case. I motion that this Court deny the Hospital defendants' motion for summary judgment.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY REQUIRED**


Respectfully submitted by,

_____ Date: 2/17/04
John Ward, acting pro se and sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920

## CERTIFICATION

I certify that on this date I mailed via first class mail a copy of this motion to the Defendants' counsel of record:

| | |
|---|---|
| **Carolyn Signorelli** – AAG<br>55 Elm Street, P.O. Box 120<br>Hartford, CT 06141-0120<br>Tel:  (860) 808-5160<br>Fax: (860) 808-5384<br>Carolyn.Signorelli@po.state.ct.us | **Stephen P. Fogerty**<br>Robert A. Rhodes<br>Halloran & Sage, LLP<br>315 Post Road West<br>Westport, Ct. 06880<br>203-227-2855, fax 203-227-6992 |
| **Heidi M. Cilano**<br>Bai, Pollock, Blueweiss & Mulcahey, P.C.<br>10 Middle Street<br>Bridgeport, Ct. 06604<br>203-3667991,  fax:  203-366-4723 | |

February 17, 2004

John Ward, Plaintiff pro se, sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920