UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2004 MAR 18  P 12: 01

U.S. DISTRICT COURT
HARTFORD, CT.

John Ward )
   Plaintiff )  Civil Action No.:
 )  **3:01CV1908(AVC)**
V. )
 )
Robert Murphy, et.al. )
 )
   Defendants )  March 17, 2004

## MOTION TO WITHDRAW CATHOLIC FAMILY SERVICES AS A DEFENDANT

I am the plaintiff in the above titled case.

Catholic Family Services and I have reached a settlement agreement. I motion to withdraw Catholic Family Services, its employees, parent agencies, and subsidiaries – from the above titled case.

Respectfully submitted by,

_____ Date: 3/17/04
John Ward, acting pro se and sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920

I certify that I mailed a copy of this letter to the Defendants' counsel of record.

Respectfully submitted by,

_____ Date: 3/17/04
John Ward, acting pro se and sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920

FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2004 MAR 18 P 12: 0

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| John Ward | ) | |
|     Plaintiff | ) | Civil Action No.: |
| | ) | 3:01CV1908(AVC) |
| V. | ) | |
| | ) | |
| Robert Murphy, et.al. | ) | |
| | ) | |
|     Defendants | ) | March 17, 2004 |

### PLAINTIFF'S MOTION FOR A HEARING TO ADDRESS FACTS AND QUESTIONS REGARDING HOSPITAL AND STATE DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND TO DISMISS

    I am the plaintiff in the above titled case. I motion/request to have a formal hearing or, preferably, an informal conference, to better describe to the Court facts necessary to overcome the State and Hospital defendants' motions to dismiss and for summary judgment.

    It would be in the interest of justice if the Court would hold a hearing or informal conference to clarify the facts for the Court and answer any questions the Court has so that the Defendants' motions to dismiss and for summary judgment aren't granted in error.

Respectfully submitted by,

_____ Date: 3/17/04
John Ward, acting pro se and sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920

## CERTIFICATION

    I certify that on this date I mailed via first class mail a copy of this motion to the Defendants' counsel of record:

| | |
|---|---|
| **Carolyn Signorelli** – AAG<br>55 Elm Street, P.O. Box 120<br>Hartford, CT 06141-0120<br>Tel:  (860) 808-5160<br>Fax: (860) 808-5384<br>Carolyn.Signorelli@po.state.ct.us | **Stephen P. Fogerty**<br>Robert A. Rhodes<br>Halloran & Sage, LLP<br>315 Post Road West<br>Westport, Ct. 06880<br>203-227-2855, fax 203-227-6992 |
| **Heidi M. Cilano**<br>Bai, Pollock, Blueweiss & Mulcahey, P.C.<br>10 Middle Street<br>Bridgeport, Ct. 06604<br>203-3667991,  fax:  203-366-4723 | |

March 17, 2004

                                                  John Ward, Plaintiff pro se, sui juris<br>
                                                  18 Garamella Boulevard<br>
                                                  Danbury, Connecticut 06810<br>
                                                  (203) 790-4920