UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 MAR 23 P 12: 28

| | |
|---|---|
| John Ward ) | |
|     Plaintiff ) | Civil Action No.: |
| ) | **3:01CV1908(AVC)** |
| V. ) | |
| ) | |
| Robert Murphy, et.al. ) | |
| ) | |
|     Defendants ) | March 22, 2004 |

### PLAINTIFF'S NOTIFICATION -- BEING OUT OF TOWN

I am the plaintiff in the above case. I will be out of town from March 23, 2004 through April 20, 2004. I will be available for telephone conferences through my regular telephone number. I will not be available on the days I am traveling – 3/23 and 4/20.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Thank you,

_____ Date: 3/22/04
John Ward, acting pro se and sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920


### CERTIFICATION

I certify that on this date I mailed via first class mail a copy of this motion to the Defendants' counsel of record.
March 22, 2004

_____
John Ward, Plaintiff pro se, sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920