01cv1908 mwthdrw

207

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2004 MAR 13 P 12: 01
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| John Ward | ) | |
| Plaintiff | ) | Civil Action No. |
| | ) | **3:01CV1908(AVC)** |
| V. | ) | |
| | ) | |
| Robert Murphy, et.al. | ) | |
| | ) | |
| Defendants | ) | March 17, 2004 |

## MOTION TO WITHDRAW CATHOLIC FAMILY SERVICES AS A DEFENDANT

I am the plaintiff in the above titled case.

Catholic Family Services and I have reached a settlement agreement. I motion to withdraw Catholic Family Services, its employees, parent agencies, and subsidiaries – from the above titled case.

Respectfully submitted by,

_____ Date: 3/17/04
John Ward, acting pro se and sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920

I certify that I mailed a copy of this letter to the Defendants' counsel of record.

Respectfully submitted by,

_____ Date: 3/17/04
John Ward, acting pro se and sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920

March 31, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED
2004 MAR 31 P 1:15
U.S. DISTRICT COURT