UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN WARD
  Plaintiff,

v.                             Civil No. 3:01CV01908(AVC)

ROBERT MURPHY, STATE OF
CONNECTICUT DEPARTMENT OF
CHILDREN AND FAMILIES,
CHRISTINE RAGAGLIA, DANBURY
POLICE DEPARTMENT, ROBERT
PAQUETTE, SHAUN MCCOLGAN,
ROBERT MADORE, JAMES MCNAMARA,
PETER GANTERT, CITY OF
DANBURY, DANBURY VISITING
NURSE ASSOCIATION, VIRGINIA
LOURENCO, JUDY GIBNEY,
DANBURY HOSPITAL, EITAN
KILCHEVSKY, JOAN MILLS,
CATHOLIC FAMILY SERVICES,
ROGER LIMA, EDWARD FEDERICI,
RALPH ARNONE, SANDRA
LIQUINDOLI,
  Defendants.



**ORDER TO DANBURY VISITING NURSE ASSOCIATION, VIRGINIA LOURENCO, JUDY GIBNEY, DANBURY HOSPITAL, EITAN KILCHEVSKY, AND JOAN MILLS TO COMPLY WITH LOCAL RULE 56**

This is an action for damages brought pursuant to, inter alia, 42 U.S.C. § 1983, the Americans With Disabilities Act ("ADA"), 42 U.S.C. § 12101, the Rehabilitation Act of 1973, 29 U.S.C. § 794, and common law tenets concerning medical malpractice. On December 22, 2003, the Danbury Visiting Nurse Association, Virginia Lourenco, Judy Gibney, Danbury Hospital, Eitan Kilchevsky and Joan Mills, (collectively the "hospital defendants"), filed a motion for summary judgment pursuant to Fed. R. Civ. P. 56(b). The hospital defendants, however, failed to file a Local Rule 56(a)1 Statement in conjunction with their

motion for summary judgment. Such a filing is required. See Conn. L. R. Civ. P. 56. Accordingly, the hospital defendants are hereby ordered to file a Local Rule 56(a)1 statement in accordance with Conn. L. R. Civ. P. 56. The hospital defendants shall have to and including May 3, 2004 to comply with this order.

    It is so ordered this 13th day of April, 2004, at Hartford, Connecticut.

                                      Alfred V. Covello
                                      United States District Judge