FILED

2004 MAY -4 A 10: 39

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| John Ward )<br>    Plaintiff )<br>)<br>V. )<br>)<br>Robert Murphy, et.al. )<br>)<br>    Defendants ) | Civil Action No.:<br>**3:01CV1908(AVC)**<br><br><br><br><br>May 3, 2004 |

## MOTION FOR EXTENSION OF TIME

I am the plaintiff in the above titled case. I motion that this Court grant an extension of time until May 12, 2004 to file the statement of facts which the Court ordered me to file on 5/3/04.

When I came back to Danbury on 4/20/04 (as I previously noticed the Court that I would be out of state) I found the Court's order to furnish a facts statement supporting my motions and denying the Defendants' motions for summary judgment/dismissal. On 4/23 or 4/22 I was served with an order from the Superior Court of Connecticut, Family Matters, to appear at a hearing on 5/10/04 because Patricia, my daughter's mother, wants to modify the visitation/custody arrangements (Docket # FA 00 0341106S).

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

The hearing is scheduled on 5/10/04 and in order to be prepared for Family Court, I needed to do some legal research and file some motions in the matter on Your Honor's deadline date of 5/3. This put me behind and so I need extra time to finish the facts statements.

Should the Court deny my motion for an extension of time, I would like to point out that under **FRCivP 56(c)** the Court is to take into consideration all the information in the pleadings, and other evidence filed with the Court and not solely the facts statements. I have also asked that the Court order a hearing or informal conference in order to discuss the evidence prior to its ruling on the motions for summary judgment/dismissal. Please grant the hearing/conference.

Respectfully submitted by,

_____ Date: 5/3/04
John Ward, acting pro se and sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920

## CERTIFICATION

I certify that on this date I mailed via first class mail a copy of this motion to the Defendants' counsel of record:

| **Carolyn Signorelli – AAG** | **Heidi M. Cilano** |
|---|---|
| 55 Elm Street, P.O. Box 120 | Bai, Pollock, Blueweiss & |
| Hartford, CT 06141-0120 | Mulcahey, P.C. |
| Tel: (860) 808-5160 | 10 Middle Street |
| Fax: (860) 808-5384 | Bridgeport, Ct. 06604 |
| Carolyn.Signorelli@po.state.ct.us | 203-3667991, fax: 203-366-4723 |

May 3, 2004

_____
John Ward, Plaintiff pro se, sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920