214

01cv1908 next time

FILED
2004 MAY -4 A 10: 39
U.S. DISTRICT COURT
HARTFORD, CT.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| John Ward | ) | |
|     Plaintiff | ) | Civil Action No.: |
| V. | ) | 3:01CV1908(AVC) |
| Robert Murphy, et.al. | ) | |
|     Defendants | ) | May 3, 2004 |

## MOTION FOR EXTENSION OF TIME

I am the plaintiff in the above titled case. I motion that this Court grant an extension of time until May 12, 2004 to file the statement of facts which the Court ordered me to file on 5/3/04.

When I came back to Danbury on 4/20/04 (as I previously noticed the Court that I would be out of state) I found the Court's order to furnish a facts statement supporting my motions and denying the Defendants' motions for summary judgment/dismissal. On 4/23 or 4/22 I was served with an order from the Superior Court of Connecticut, Family Matters, to appear at a hearing on 5/10/04 because Patricia, my daughter's mother, wants to modify the visitation/custody arrangements (Docket # FA 00 0341106S).

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

3:01CV1908(AVC). May 7, 2004. GRANTED NUNC PRO TUNC.
SO ORDERED.

FILED 2004 MAY -7 P 12: 53 DISTRICT COURT HARTFORD, CT.