UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN WARD
  Plaintiff,

v.

Civil No. 3:01CV01908(AVC)

ROBERT MURPHY, STATE OF
CONNECTICUT DEPARTMENT OF
CHILDREN AND FAMILIES,
CHRISTINE RAGAGLIA, DANBURY
POLICE DEPARTMENT, ROBERT
PAQUETTE, SHAUN MCCOLGAN,
ROBERT MADORE, JAMES MCNAMARA,
PETER GANTERT, CITY OF
DANBURY, DANBURY VISITING
NURSE ASSOCIATION, VIRGINIA
LOURENCO, JUDY GIBNEY,
DANBURY HOSPITAL, EITAN
KILCHEVSKY, JOAN MILLS,
CATHOLIC FAMILY SERVICES,
ROGER LIMA, EDWARD FEDERICI,
RALPH ARNONE, SANDRA
LIQUINDOLI,
  Defendants.

## ORDER AND NOTICE TO PARTIES

This is an action for damages brought pursuant to, <u>inter alia</u>, 42 U.S.C. § 1983, the Americans With Disabilities Act ("ADA"), 42 U.S.C. § 12101, the Rehabilitation Act of 1973, 29 U.S.C. § 794, and common law tenets concerning medical malpractice. The plaintiff alleges, <u>inter alia</u>, that the defendants violated his rights by removing his minor child from his custody. The defendants have filed motions for summary judgment, which are currently pending before the court. Subsequent to the filing of the motions for summary judgment, the plaintiff, John Ward, filed a motion with the Connecticut superior court for the release of the transcripts of the custody

hearings held in connection with his minor child. The Connecticut superior court has released those transcripts and forwarded them to this court.

The court hereby orders that these transcripts be placed in the file of this matter. Further, pursuant to Local Rule 5(d), and in accordance with the spirit and intent of Connecticut Practice Book § 35-5(b),[1] the court hereby orders that the transcripts be sealed. The parties may review these documents in connection with the pending motions for summary judgment. To the extent that any party considers the contents of these transcripts relevant to the issues raised by the now-pending motions for summary judgment, the parties are granted leave to file a supplemental memorandum so indicating. Any such supplemental memorandum shall be filed on or before June 14, 2004. Any filing made with the court that references or relies on the transcripts shall be filed under seal.

It is so ordered this 21st day of May, 2004, at Hartford, Connecticut.

Alfred V. Covello
United States District Judge

---

[1]Connecticut Practice Book § 35-5 provides that "[a]ll records maintained in juvenile matters before the court, either current or closed, including the transcripts of hearings, shall be kept confidential." Conn. Prac. Bk. § 35-5. Pursuant to Conn. Gen. Stat. 46b-121(a), juvenile matters include "all proceedings concerning uncared-for, neglected or dependent children . . . termination of parental rights of children committed to a state agency . . . ." Conn. Gen. Stat. § 46b-121(a). The transcripts at issue involve such a matter.