209

01CV1908m
FILED

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

2004 MAR 19 P 12:0

U.S. DISTRICT COURT
HARTFORD, CT.

John Ward )
    Plaintiff ) Civil Action No.:
 ) **3:01CV1908(AVC)**
V. )
 )
Robert Murphy, et.al. )
 )
    Defendants ) March 17, 2004

## PLAINTIFF'S MOTION FOR A HEARING TO ADDRESS FACTS AND QUESTIONS REGARDING HOSPITAL AND STATE DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND TO DISMISS

I am the plaintiff in the above titled case. I motion/request to have a formal hearing or, preferably, an informal conference, to better describe to the Court facts necessary to overcome the State and Hospital defendants' motions to dismiss and for summary judgment.

It would be in the interest of justice if the Court would hold a hearing or informal conference to clarify the facts for the Court and answer any questions the Court has so that the Defendants' motions to dismiss and for summary judgment aren't granted in error.

Respectfully submitted by,

_____ Date: 3/17/04
John Ward, acting pro se and sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920

3:01CV1908(AVC). May 21, 2004. DENIED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.