UNITED STATES DISTRICT COURT **FILED**
FOR THE DISTRICT OF CONNECTICUT

2004 JUN 15 A II: 03

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| John Ward | ) | |
|     Plaintiff | ) | Civil Action No. |
| | ) | **3:01CV1908(AVC)** |
| V. | ) | |
| | ) | |
| Robert Murphy, et.al. | ) | |
| | ) | |
|     Defendants | ) | June 14, 2004 |

## MOTION FOR EXTENSION OF TIME

I am the plaintiff in the above titled case. I motion that this Court grant an extension of time until June 21, 2004 to file motions and additional arguments based upon the sealed Juvenile Court transcripts which are in the Clerk's office.

The State of Connecticut Juvenile Court granted my request to have the record opened and transmitted to the Federal Court. However, it did not notify me or the State that my request was granted. So it was a surprise when Your Honor notified me that the records were available. It took me over a week to arrange to get a copy of the transcripts at the Clerk's office.

The issues are complicated and my abilities at making good argument are limited so I ask for the extension of time.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Respectfully submitted by,

_____ Date: 6/14/2004
John Ward, acting pro se and sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920

## CERTIFICATION

I certify that on this date I mailed via first class mail a copy of this motion to the Defendants' counsel of record:

| | |
|---|---|
| **Carolyn Signorelli – AAG**<br>55 Elm Street, P.O. Box 120<br>Hartford, CT 06141-0120<br>Tel: (860) 808-5160<br>Fax: (860) 808-5384<br>Carolyn.Signorelli@po.state.ct.us | **Heidi M. Cilano**<br>Bai, Pollock, Blueweiss &<br>Mulcahey, P.C.<br>10 Middle Street<br>Bridgeport, Ct. 06604<br>203-3667991, fax: 203-366-4723 |

June 14, 2004

John Ward, Plaintiff pro se, sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920