01cv1908 m-ext

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

FILED

2004 JUN 15  A 11: 03

| | | |
|---|---|---|
| John Ward | ) | |
|     Plaintiff | ) | Civil Action No.: |
| | ) |    **3:01CV1908(AVC)** |
| V. | ) | |
| | ) | |
| Robert Murphy, et.al. | ) | |
| | ) | |
|     Defendants | ) | June 14, 2004 |

## MOTION FOR EXTENSION OF TIME

I am the plaintiff in the above titled case. I motion that this Court grant an extension of time until June 21, 2004 to file motions and additional arguments based upon the sealed Juvenile Court transcripts which are in the Clerk's office.

The State of Connecticut Juvenile Court granted my request to have the record opened and transmitted to the Federal Court. However, it did not notify me or the State that my request was granted. So it was a surprise when Your Honor notified me that the records were available. It took me over a week to arrange to get a copy of the transcripts at the Clerk's office.

The issues are complicated and my abilities at making good argument are limited so I ask for the extension of time.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

---

3:01CV1908(AVC).  June 17, 2004.  GRANTED NUNC PRO TUNC.  The
plaintiff shall have to and including June 21, 2004 to file a
supplemental brief in accordance with the court's May 21, 2004 order.
SO ORDERED.

        Alfred V. Covello, U.S.D.J.