UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN WARD | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:01CV1908 (AVC) |
| | : | |
| v. | : | |
| | : | |
| ROBERT MURPHY, et al. | : | |
| *Defendant* | : | JUNE 24, 2004 |

**STATE DEFENDANTS' OBJECTION TO**
**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Pursuant to F. R. of Civ. Proc. 6(b) and to D. Conn. L. Civ. R. 7(b)(2) and (3), the Defendants, employees of the Department of Children and Families, Robert Murphy, Ralph Arnone, Roger Lima, Sandra Liquindoli, and Edward Federci, (hereinafter, "State Defendants") herein object to the plaintiff's motion for extension of time. The grounds for said objection are as follows:

(1)     The plaintiff did not seek counsel for the State Defendants' position on the motion.

(2)     In the plaintiff's motion for extension of time he claims that he is making his second request for an extension of time when in fact he has made 5 previous motions for extension of time regarding his response to the State Defendants' motion for summary judgment.

a) 1/5/2004 motion for extension of time to 1/9/2004, granted until 1/12/2004.

b) 1/12/2004 motion for extension of time until 1/23/2004, granted until 1/23/04.

c) 2/18/2004 motion for extension of time until 2/19/2004, granted until 2/19/2004.

d) 5/4/2004 motion for extension of time until 5/12/2004, granted until 5/12/2004.

e) 6/14/2004 motion for extension of time until 6/21/2004, granted until 6/21/2004.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

(3) The plaintiff's requests for extensions of time are based on his inability to articulate a good argument. This is an insufficient basis to extend litigation and subject the State Defendants to continued uncertainty regarding the pendency of this lawsuit. He has not provided the court with a "particularized showing" as to why there is good cause for the requested extension as required by D. Conn. L. Civ. R. 7(b)(2).

(4) The plaintiff has failed to properly respond to the State Defendants' motion for summary judgment. On 1/26/2004 he did respond by filing a motion to deny the summary judgment. The plaintiff failed to comply with Local Rule 56 and was ordered by the court on 4/13/2004 to comply with Local Rule 56.

(5) The plaintiff failed to comply with the court's order and has made 3 more motions for extension of time, all of which have been improper.

(6) The plaintiff's current motion for extension of time is untimely. He has not properly sought an enlargement of time pursuant to F. R. Civ. Proc. 6(b).

(7) The plaintiff also filed a motion to delay proceedings on 1/26/2004 pending the result of his motion for release of records in Superior Court for juvenile matters. This motion was denied on 2/3/2004.

(8) The motion does not address the plaintiff's failure to comply with the court's order to properly respond to the State Defendants' motion for summary judgment. The plaintiff is seeking the extension to make additional arguments regarding the juvenile records, when his prior request to delay has been denied . He was subsequently ordered to comply with Local Rule 56, which he has failed to do.

(9) The plaintiff has made 17 motions for extension of time since the complaint against the State Defendants' was filed on 10/10/2001.The Court has already granted an inordinate degree of

leniency to this pro se plaintiff. The extensive delays caused by the plaintiff's failure to comply with the court's scheduling orders are prejudicial to the State Defendants.

Wherefore, the State Defendants respectfully object to plaintiff's Motion for Extension of Time and respectfully request that the Motion be denied and the State Defendants' objection be sustained. The state Defendants also respectfully request that an order be issued indicating that no further extensions of time be granted in this matter.

                              STATE DEFENDANTS

                              BY: RICHARD BLUMENTHAL
                              ATTORNEY GENERAL

BY:              _____
                     Carolyn Signorelli
                     Assistant Attorney General
                     Federal Bar No.ct 17534
                     55 Elm Street, 3rd Fl. Annex
                     Hartford, CT  06106
                     Tel: (860) 808-5160
                     Fax: (860) 808-5384
                     e-mail: carolyn.signorelli@po.state.ct.us