221

01cv1908mexttime

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2004 JUN 23 A 10: 40
U.S. DISTRICT COURT
HARTFORD, CT

| | | |
|---|---|---|
| John Ward | ) | |
|    Plaintiff | ) | Civil Action No.: |
| | ) | 3:01CV1908(AVC) |
| V. | ) | |
| | ) | |
| Robert Murphy, et.al. | ) | |
| | ) | |
|    Defendants | ) | June 21, 2004 |

## MOTION FOR EXTENSION OF TIME

I am the plaintiff in the above titled case. I motion that this Court grant an extension of time until June 28, 2004 to file motions and additional arguments based upon the sealed Juvenile Court transcripts which are in the Clerk's office. This is my second request for an extension of time

The issues are complicated and my abilities at making good argument are limited so I ask for the extension of time.

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

Respectfully submitted by,

_____ Date: 6/21/2004
John Ward, acting pro se and sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920

June 23, 2004. GRANTED NUNC PRO TUNC.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED
2004 JUN 29 A 9: 06
U.S. DISTRICT COURT
HARTFORD, CT