UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| John Ward | ) | |
|     Plaintiff | ) | Civil Action No.: |
| | ) | 3:01CV1908(AVC) |
| V. | ) | |
| | ) | |
| Robert Murphy, et.al. | ) | |
| | ) | |
|     Defendants | ) | June 28, 2004 |

FILED 2004 JUN 30 A 9 52 U.S. DISTRICT COURT STRATFORD, CT

## MOTION FOR EXTENSION OF TIME

I am the plaintiff in the above titled case. I motion that this Court grant an extension of time until July 6, 2004 to file motions and additional arguments based upon the sealed Juvenile Court transcripts which are in the Clerk's office. This is my third request for an extension of time. The original deadline was 6/14.

The issues are complicated and my abilities at making good argument are limited so I ask for the extension of time. The issues are traumatic and difficult to re-live while creating memoranda.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Respectfully submitted by,

_____ Date: 6/28/2004
John Ward, acting pro se and sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920

## CERTIFICATION

    I certify that on this date I mailed via first class mail a copy of this motion to the Defendants' counsel of record:

| Carolyn Signorelli – AAG<br>55 Elm Street, P.O. Box 120<br>Hartford, CT 06141-0120<br>Tel: (860) 808-5160<br>Fax: (860) 808-5384<br>Carolyn.Signorelli@po.state.ct.us | Heidi M. Cilano<br>Bai, Pollock, Blueweiss &<br>Mulcahey, P.C.<br>10 Middle Street<br>Bridgeport, Ct. 06604<br>203-3667991, fax: 203-366-4723 |
|---|---|

June 28, 2004

                                             */s/ John Ward*
                                           John Ward, Plaintiff pro se, sui juris
                                           18 Garamella Boulevard
                                           Danbury, Connecticut 06810
                                           (203) 790-4920