224.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

John Ward )
       Plaintiff )   Civil Action No.:
)   3:01CV1908(AVC)
V. )
)
Robert Murphy, et.al. )
)
       Defendants )   June 28, 2004

## MOTION FOR EXTENSION OF TIME

I am the plaintiff in the above titled case. I motion that this Court grant an extension of time until July 6, 2004 to file motions and additional arguments based upon the sealed Juvenile Court transcripts which are in the Clerk's office. This is my third request for an extension of time. The original deadline was 6/14.

The issues are complicated and my abilities at making good argument are limited so I ask for the extension of time. The issues are traumatic and difficult to re-live while creating memoranda.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Respectfully submitted by,

_____ Date: 6/28/2004
John Ward, acting pro se and sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920

July 2, 2004. GRANTED NUNC PRO TUNC.
SO ORDERED.
Alfred V. Covello, U.S.D.J.