UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

APPEARANCE

CASE NUMBER: 3 01 CV 1908 (AVC)

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for: THE DEFENDANTS:

DANBURY VISITING NURSE ASSOCIATION, VIRGINIA LOURENCO, R.N., JUDY GIBNEY, R.N., DANBUY HOSPITAL, EITAN KILCHEVSKY, M.D., JOAN MILLS, MSW, ONLY.

July 7, 2004
**Date**

**Signature**

**Connecticut Federal Bar Number**

**Benjamin K. Potok**
**Print Clearly or Type Name**

203 366 7991
**Telephone Number**

10 Middle St., Bpt., CT 06604
**Address**

203 366 4723
**Fax Number**

bpotok@baipollock.com
**Email Address**

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing Appearance was mailed on this date to the following:

Mr. John Ward
Ms. Donna Ward
18 Garamella Boulevard
Danbury, Connecticut 06810

Carolyn Signorelli
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, Connecticut 06141-0120

Signature