UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN WARD | : | CIVIL ACTION NO.: |
| Plaintiff | : | 3:01 CV 1908 (AVC) |
| VS. | : | |
| ROBERT MURPHY – Investigator for State of CT. et al | : | |
| Defendants | : | JULY 6, 2004 |

**OBJECTION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME DATED JUNE 24, 2004**

   Pursuant to F.R.C.P 6(b) and D. Conn. L. Civ. R. 7(b)(2) and (3), the undersigned defendants hereby object to the plaintiff's motion for extension of time dated June 28, 2004. The plaintiff, John Ward, has failed to comply with the procedural requirements set forth in the Federal Rules of Civil Procedure 7 (b) 2 and 3 with respect to moving for an extension of time. Specifically, the plaintiff failed to inquire of opposing counsel as to their position regarding his motion for an extension of time and failed to make a "particularized showing" that the time limitation in question cannot reasonably be met despite his diligent efforts. Additionally, the plaintiff has filed a total of 17 motions for an extension of time since the commencement of this action in October of 2001.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

These motions have prejudiced the undersigned defendants and resulted in significant delays to these proceedings.

In further support of this objection the undersigned defendants rely upon the co-defendants' (Robert Murphy, et al.) objection to plaintiff's motion for extension of time dated June 24, 2004.

Wherefore, for the foregoing reasons, the undersigned defendants request this Court sustain their objection to the plaintiff's motion for extension of time.

THE DEFENDANTS,
DANBURY VISITING NURSE ASSOCIATION,
VIRGINIA LOURENCO, R.N.,
JUDY GIBNEY, R.N., DANBURY HOSPITAL
EITAN KILCHEVSKY, M.D. and JOAN MILLS


BY_____
         BENJAMIN K. POTOK
              Of
         Bai, Pollock, Blueweiss & Mulcahey, P.C.
         10 Middle Street
         Bridgeport, Connecticut 06604
         (203) 366-7991
         (203) 366-4723 fax
         #ct21298

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed postage prepaid, first class mail to all counsel of record and pro se parties on _____, 2004.

Mr. John Ward
Ms. Donna Ward
18 Garamella Boulevard
Danbury, Connecticut 06810

Carolyn Signorelli
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, Connecticut 06141-0120

                                                                                        _____
                                                                                        BENJAMIN K. POTOK

## **ORDER**

The foregoing objection, having been heard by the Court, is hereby ordered: **SUSTAINED/OVERRULED.**

                                          BY THE COURT

                                          BY_____
                                          JUDGE/ASSISTANT CLERK