0/cv 1908 exha

FILED

2004 AUG -6 A II: 07

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN WARD | : | CIVIL ACTION NO.: |
| Plaintiff | : | 3:01 CV 1908 (AVC) |
| VS. | : | |
| ROBERT MURPHY - Investigator for State of CT. et al | : | |
| Defendants | : | AUGUST 6, 2004 |

## MOTION TO DISMISS

The undersigned on behalf of the defendants, **DANBURY VISITING NURSE ASSOCIATION, VIRGINIA LOURENCO, R.N., JUDY GIBNEY, R.N., DANBURY HOSPITAL, EITAN KILCHEVSKY, M.D., and JOAN MILLS, MSW,** hereby requests this Court grant this motion to dismiss the above-referenced action on the basis that the plaintiff has failed to prosecute and comply with this Court's orders.  In particular, the plaintiff has failed to comply with this Court's order issued April 14, 2004, pertaining to compliance with Local Rule 56.

A memorandum of law is attached hereto in support of this motion.

THE DEFENDANTS,

DANBURY VISITING NURSE ASSOC;
VIRGINIA LOURENCO, R.N; JUDY
GIBNEY, R.N.; DANBURY HOSPITAL;
EITAN KILCHEVSKY, M.D.; JOAN
MILLS, MSW.

BY _____
      BENJAMIN K. POTOK
           Of
      Bai,   Pollock,   Blueweiss   &
      Mulcahey, P.C.
      10 Middle Street
      Bridgeport, CT 06604
      (203) 366-7991
      (203) 366-4723 fax
      #ct21298