UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN WARD
  Plaintiff,

v.  :  Civil No. 3:01CV01908(AVC)

ROBERT MURPHY, ET AL.,
  Defendants.

### ORDER:

This is an action for damages and injunctive relief, which, in relevant part, alleges that the Danbury Visiting Nurse Association, Virginia Lourenco, Judy Gibney, the Danbury Hospital, Eitan Kilchevsky and Joan Mills failed to act in accordance with the relevant standard of care in their dealings with the plaintiff. It is brought pursuant to common law tenets concerning medical malpractice and negligent infliction of emotional distress. On August 16, 2004, the court granted summary judgment on all of the federal law causes of action asserted by the plaintiff.[1]

Having granted the judgment in favor of the defendants on the federal law causes of action, the court declines to exercise its discretion to consider plaintiff's state law causes of action. See Carnegie Mellon v. Cohill, 484 U.S. 343, 350, 98 L. Ed. 2d 720, 108 S. Ct. 614 (1988). The court therefore dismisses the causes of action brought pursuant to Connecticut law, without

---

[1] The federal law causes of action were, in fact, asserted against other defendants and not the Danbury Visiting Nurse Association, Virginia Lourenco, Judy Gibney, the Danbury Hospital, Eitan Kilchevsky or Joan Mills.

prejudice, that are asserted against the Danbury Visiting Nurse Association, Virginia Lourenco, Judy Gibney, the Danbury Hospital, Eitan Kilchevsky and Joan Mills.

It is so ordered this 16TH day of August 2004, at Hartford, Connecticut.

Alfred V. Covello
United States District Judge