UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN WARD
  Plaintiff,

v.

ROBERT MURPHY, ET AL.,
  Defendants.

Civil No. 3:01CV01908(AVC)

### ORDER:

This is an action for damages and injunctive relief brought pursuant to to 42 U.S.C. § 1983, the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12101, and common law tenets concerning negligent and intentional infliction of emotional distress, defamation, slander, false imprisonment and medical malpractice. On August 16, 2004, the court granted judgment in favor of the defendants on the federal law causes of action and dismissed, without prejudice, the causes of action brought pursuant to state law.

Consequently, the following motions are DENIED as moot: Motion for Appointment (document no. 149); Motion for Protective Order (document no. 160); Motion for Protective Order (document no. 161); Motion for Protective Order (document no. 162); Motion for Protective Order (document no. 163); Motion for Protective Order (document no. 164); Motion for Protective Order (document no. 174); Motion for Summary Judgment (document no. 180); Motion to Deny Motion (document no. 201); Motion to Deny Motion (document no. 203); Motion to Dismiss (document no. 229); Motion to Dismiss (document no. 231).

It is so ordered this 16TH day of August, 2004, at Hartford, Connecticut.

Alfred V. Covello
United States District Judge