UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN WARD, PPA NEXT FRIEND
OF DONNA WARD, A MINOR

      V.                                  CASE NO. 3:01CV01908(AVC)

ROBERT MURPHY, DEPARTMENT
OF CHILDREN & FAMILIES, CHRISTINE
RAGAGLIA, DANBURY POLICE DEPT.,
ROBERT PAQUETTE, SHAUN McCOLGAN,
ROBERT MADORE, JAMES McNAMARA,
PETER GANTERT, CITY OF DANBURY,
DANBURY VISITING NURSE ASSOC.,
VIRGINIA LOURENCO, JUDY GIBNEY,
DANBURY HOSPITAL, EITAN KILCHEVSKY,
JOAN MILLS, CATHOLIC FAMILY
SERVICES, BETSEY ROMAN RODRIGUEZ,
ANNETTE SZCZESIUL, ROGER LIMA,
EDWARD FEDERICI, RALPH ARNONE,
SANDRA LIQUINDOLI, AMY KLEIN,
ATTORNEY GENERAL FOR THE STATE
OF CONNECTICUT, KELLY FLINT, RICHARD
BLUMENTHAL, STATE OF CONNECTICUT
JUDICIAL BRANCH, SUPERIOR COURT,
DENNIS EVELEIGH and ANTOINETTE BEALE

<u>JUDGMENT</u>

      This action having been commenced by a complaint and having been assigned to the

Honorable Alfred V. Covello, United States District Judge; and

      The plaintiff having moved to voluntarily withdraw his action as to the defendants, Kelly

Flint, Attorney General for the State of Connecticut, Richard Blumenthal and Amy Klein, and the

Court, on March 22, 2002 having issued its endorsement order granting the motion; and

The defendants State of Connecticut Judicial Branch, Superior Court, Dennis Eveleigh and Antoinette Beale having filed their motion to dismiss, and the Court, on August 19, 2002 having issued its ruling granting the motion; and

The plaintiff having moved to voluntarily withdraw his action as to the defendants, Betsey Roman Rodriguez and Annette Szczesiul, and the Court, on September 23, 2002 having issued its endorsement order granting the motion; and

The plaintiff having filed a stipulation of judgment of dismissal as to the defendants, Danbury Police Department, Robert Paquette, Shaun McColgan, Robert Madore, James McNamara, Peter Gantert and City of Danbury, and the Court, on November 24, 2003 having issued its endorsement order approving the stipulation; and

The plaintiff, having moved to voluntarily withdraw his action as to the defendant Catholic Family Services, and the Court, on March 31, 2004 having issued its endorsement order granting the motion; and

The defendants, Robert Murphy, Sandra Liquindoli, Ralph Arnone, Roger Lima, Edward Federici, Kristine D. Ragaglia and the Department of Children and Families, having filed their motion for summary judgment, and the Court, having considered the full record of the case, including applicable principles of law, on August 16, 2004 having filed its ruling granting the motion as to the federal causes of action and declining to exercise jurisdiction over the state law claims; and further

The Court, on August 16, 2004 having issued its order dismissing the state law claims without prejudice as to the defendants Danbury Visiting Nurse Association, Virginia Lourenco, Judy Gibney, Danbury Hospital, Eitan Kilchevsky and Joan Mills; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants Robert Murphy, Sandra Liquindoli, Ralph Arnone, Roger Lima, Edward Federici, Kristine D. Ragaglia and the Department of Children and Families and against the plaintiff; and further

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered dismissing plaintiff's complaint without prejudice as to the defendants Danbury Visiting Nurse Association, Virginia Lourenco, Judy Gibney, Danbury Hospital, Eitan Kilchevsky and Joan Mills; and further

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered dismissing the plaintiff's complaint, with prejudice, as to the remaining defendants.

Dated at Hartford, Connecticut, this 19th day of August, 2004.

KEVIN F. ROWE, Clerk

By: /s/ JW
Jo-Ann Walker
Deputy Clerk

EOD: _____