UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2004 AUG 31 A 9:30

| | | |
|---|---|---|
| John Ward | ) | |
|     Plaintiff | ) | Civil Action No.: |
| | ) | 3:01CV1908(AVC) |
| V. | ) | |
| | ) | |
| Robert Murphy, et.al. | ) | |
| | ) | |
|     Defendants | ) | August 30, 2004 |

## MOTION FOR EXTENSION OF TIME
### Request for Reconsideration

I am the plaintiff in the above titled case. I motion that this Court grant an extension of time until September 10, 2004 to file a request for reconsideration of the Court's decision to grant all Defendants' motions for Summary Judgment dated 8/16/2004 and postmarked 8/17/2004.

Today I have faxed a copy of this motion to the Defendants' counsel of record and received no objection.

The issues in the above titled matter are complex and difficult for a pro se person and I need the extra time to complete my motion and decide whether I should appeal the Court's decision and Judgment or file in State Court or quit.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Respectfully submitted by,

_____ Date: 8/30/2004
John Ward, acting pro se and sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920

## CERTIFICATION

I certify that on this date I mailed via first class mail a copy of this motion to the Defendants' counsel of record:

| | |
|---|---|
| **Carolyn Signorelli – AAG**<br>55 Elm Street, P.O. Box 120<br>Hartford, CT 06141-0120<br>Tel: (860) 808-5160<br>Fax: (860) 808-5384<br>Carolyn.Signorelli@po.state.ct.us | **Benjamin K. Potok**<br>Bai, Pollock, Blueweiss &<br>Mulcahey, P.C.<br>10 Middle Street<br>Bridgeport, Ct. 06604<br>203-3667991, fax: 203-366-4723 |

August 30, 2004

_____
John Ward, Plaintiff pro se, sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920