FILED

2004 SEP 1  A 10: 04

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN WARD | : CIVIL ACTION NO. |
| *Plaintiff* | : 3:01CV1908 (AVC) |
| | : |
| v. | : |
| | : |
| ROBERT MURPHY, et al. | : |
| *Defendant* | : AUGUST 31, 2004 |

## STATE DEFENDANTS' OBJECTION TO
## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b)(2), the Defendants, employees of the Department of Children and Families, Robert Murphy, Ralph Arnone, Roger Lima, Sandra Liquindoli and Edward Federci, (hereinafter, "State Defendants") herein object to the plaintiff's motion for extension of time, request for reconsideration filed on August 30, 2004. The grounds for said objection are as follows:

(1)  The plaintiff has not sited any good cause for his request.

(2)  Plaintiff's request for extension is based upon his pro se status and his need for more time to decide how to proceed. The plaintiff has had ample time during the pendency of this lawsuit to contemplate how to proceed in the event his claim was dismissed. The fact that he has failed to make a decision in this regard is not a sufficient basis to extend this litigation further and subject the State Defendants to continued uncertainty regarding the final outcome of this lawsuit

**ORAL ARGUMENT NOT REQUESTED.**
**TESTIMONY NOT REQUIRED.**

(3)    The plaintiff provides no authority for filing a motion for reconsideration, nor does he site to any preliminary reasons to formulate a legal or factual basis for reconsideration of the court's decision.

(4)    The plaintiff has been given an overabundance of latitude to prosecute his case and respond to the issues addressed in the state defendants' motion for summary of judgment. The court did not reach a decision until every opportunity given to the plaintiff was exhausted and careful consideration was made of the full record before it and the applicable principles of law. As such there is no basis for a motion for reconsideration or an extension of time within which to file said motion.

Wherefore, the state defendants respectfully object to the plaintiff's motion for extension of time and respectfully requests that the motion be denied and the state defendants' objection be sustained.

STATE DEFENDANTS

BY: RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:    _____
Carolyn Signorelli
Assistant Attorney General
Federal Bar No.ct 17534
55 Elm Street, 3rd Fl. Annex
Hartford, CT  06106
Tel: (860) 808-5160
Fax: (860) 808-5384
e-mail: carolyn.signorelli@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 31st day of August, 2004, first class postage prepaid to:

Mr. John Ward
18 Garmella Boulevard
Danbury, CT 06810

Benjamin Potok, Esq.
Bai, Pollock, Blueweiss & Mulcahey, P.C.
10 Middle Street
Bridgeport, CT 06604

Carolyn Signorelli
Assistant Attorney General