# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| John Ward | ) | |
|     Plaintiff | ) | Civil Action No.: |
| | ) | **3:01CV1908(AVC)** |
| V. | ) | |
| | ) | |
| Robert Murphy, et.al. | ) | |
| | ) | |
|     Defendants | ) | August 30, 2004 |

## MOTION FOR EXTENSION OF TIME
### Request for Reconsideration

I am the plaintiff in the above titled case. I motion that this Court grant an extension of time until September 10, 2004 to file a request for reconsideration of the Court's decision to grant all Defendants' motions for Summary Judgment dated 8/16/2004 and postmarked 8/17/2004.

Today I have faxed a copy of this motion to the Defendants' counsel of record and received no objection.

The issues in the above titled matter are complex and difficult for a pro se person and I need the extra time to complete my motion and decide whether I should appeal the Court's decision and Judgment or file in State Court or quit.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Respectfully submitted by,

_____ Date: 8/30/2004
John Ward, acting pro se and sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920

*September 1, 2004. GRANTED.*
*Alfred V. Covello, U.S.D.J.*
*SO ORDERED.*