UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN WARD | : | CIVIL ACTION NO.: |
| Plaintiff | : | 3:01 CV 1908 (AVC) |
| VS. | : | |
| ROBERT MURPHY – Investigator for State of CT. et al | : | |
| Defendants | : | September 2, 2004 |

**OBJECTION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND REQUEST FOR RECONSIDERATION**

  Pursuant to D. Conn. L. Civ. R. 7(b)(2) and (3), the undersigned defendants hereby object to the plaintiff's motion for extension of time and Request for Reconsideration dated August 30, 2004. The plaintiff, John Ward, has failed to set forth any basis on which this Court should reconsider the undersigned defendant's Motion for Summary Judgment. Further, the plaintiff's request for an extension of time is based solely upon his status as a pro se litigant. The plaintiff has continuously requested extensions of time to respond to the undersigned defendant's Motion for Summary Judgment. Consequently, he has had sufficient time in which to evaluate how to proceed in the event that Judgment entered.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Wherefore, for the foregoing reasons, the undersigned defendants request this Court sustain their objection to the plaintiff's motion for extension of time/Request for Reconsideration.

        THE DEFENDANTS,
        DANBURY VISITING NURSE ASSOCIATION,
        VIRGINIA LOURENCO, R.N.,
        JUDY GIBNEY, R.N., DANBURY HOSPITAL
        EITAN KILCHEVSKY, M.D. and JOAN MILLS

BY_____
        BENJAMIN K. POTOK
          Of
        Bai, Pollock, Blueweiss & Mulcahey, P.C.
        10 Middle Street
        Bridgeport, Connecticut 06604
        (203) 366-7991
        (203) 366-4723 fax
        #ct21298

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed postage prepaid, first class mail to all counsel of record and pro se parties on _____, 2004.

Mr. John Ward
Ms. Donna Ward
18 Garamella Boulevard
Danbury, Connecticut 06810

Carolyn Signorelli
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, Connecticut 06141-0120

 

_____
BENJAMIN K. POTOK

## **ORDER**

The foregoing objection, having been heard by the Court, is hereby ordered: **SUSTAINED/OVERRULED.**

BY THE COURT


BY_____
JUDGE/ASSISTANT CLERK