# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| John Ward <br>       Plaintiff <br><br> V. <br><br> Robert Murphy, et.al. <br><br>       Defendants | ) <br> )   Civil Action No.: <br> )       **3:01CV1908(AVC)** <br> ) <br> ) <br> ) <br> ) <br> )   September 10, 2004 |

## MOTION FOR RECONSIDERATION

I am the plaintiff in the above titled case. I motion that this Court reconsider its granting the DCF defendants' motion for summary judgment based upon sovereign immunity and reinstate my action against the Defendants and rescind its Judgment in the DCF's favor.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY REQUIRED**

Respectfully submitted by,

_____ Date: 9/10/2004
John Ward, acting pro se and sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920

## CERTIFICATION

I certify that on this date I mailed via first class mail a copy of this motion to the Defendants' counsel of record:

| **Carolyn Signorelli – AAG**<br>55 Elm Street, P.O. Box 120<br>Hartford, CT 06141-0120<br>Tel: (860) 808-5160<br>Fax: (860) 808-5384<br>Carolyn.Signorelli@po.state.ct.us | **Benjamin K. Potok**<br>Bai, Pollock, Blueweiss &<br>Mulcahey, P.C.<br>10 Middle Street<br>Bridgeport, Ct. 06604<br>203-3667991, fax: 203-366-4723 |
|---|---|

September 10, 2004

John Ward, Plaintiff pro se, sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920