UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 SEP 17 A 11: 22

US DISTRICT COURT

| | |
|---|---|
| John Ward ) | |
|     Plaintiff ) | Civil Action No.: |
| ) | 3:01CV1908(AVC) |
| V. ) | |
| ) | |
| Robert Murphy, et.al. ) | |
| ) | |
|     Defendants ) | September 16, 2004 |

## MOTION FOR EXTENSION OF TIME
## TO FILE A NOTICE OF APPEAL

I am the plaintiff in the above titled case. Pursuant to FRAP 4(a)(5), I, John Ward respectfully request leave to file the within notice of appeal out of time. I desire to appeal the judgment in this action entered on 8/19/04, but failed to file a notice of appeal within the required number of days because I have requested a reconsideration from Judge Covello of the Defendants' motions for summary judgment which were granted and that should be decided before the appeal is taken.

I motion that the Appellate Court grant an extension of 30 days to file a notice of appeal to the judgment of dismissal in the above titled case.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

                          Respectfully submitted by,

                          _____ Date: 9/16/04
                          John Ward, acting pro se and sui juris
                          18 Garamella Boulevard
                          Danbury, Connecticut 06810
                          (203) 790-4920

## CERTIFICATION

I certify that on this date I mailed via first class mail a copy of this motion to the Defendants' counsel of record:

| | |
|---|---|
| **Carolyn Signorelli – AAG**<br>55 Elm Street, P.O. Box 120<br>Hartford, CT 06141-0120<br>Tel: (860) 808-5160<br>Fax: (860) 808-5384<br>Carolyn.Signorelli@po.state.ct.us | **Benjamin K. Potok**<br>Bai, Pollock, Blueweiss &<br>Mulcahey, P.C.<br>10 Middle Street<br>Bridgeport, Ct. 06604<br>203-3667991, fax: 203-366-4723 |

September 16, 2004

John Ward, Plaintiff pro se, sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920