UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2004 SEP 17 A 11: 22

| | | |
|---|---|---|
| John Ward | ) | |
|     Plaintiff | ) | Civil Action No.: |
| | ) | 3:01CV1908(AVC) |
| V. | ) | |
| | ) | |
| Robert Murphy, et.al. | ) | |
| | ) | |
|     Defendants | ) | September 16, 2004 |

## NOTICE OF APPEAL

I am the plaintiff in the above titled case. Pursuant to FRAP 4(a)(1), I, John Ward hereby give notice and appeal judgment of dismissal of the above titled action based upon immunity for the State defendants and the Court's decision not to exercise jurisdiction of State law claims.

Attached is a copy of the judgment of dismissal.

The Judgment Order in this action was entered on 8/19/04.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Respectfully submitted by,

_____ Date: 9/16/04
John Ward, acting pro se and sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920

## CERTIFICATION

I certify that on this date I mailed via first class mail a copy of this Notice to the Defendants' counsel of record:

| Carolyn Signorelli – AAG<br>55 Elm Street, P.O. Box 120<br>Hartford, CT 06141-0120<br>Tel: (860) 808-5160<br>Fax: (860) 808-5384<br>Carolyn.Signorelli@po.state.ct.us | Benjamin K. Potok<br>Bai, Pollock, Blueweiss &<br>Mulcahey, P.C.<br>10 Middle Street<br>Bridgeport, Ct. 06604<br>203-3667991, fax: 203-366-4723 |
|---|---|

September 16, 2004

John Ward, Plaintiff pro se, sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 AUG 19 A 9:50

JOHN WARD, PPA NEXT FRIEND
OF DONNA WARD, A MINOR

V.   CASE NO. 3:01CV01908(AVC)

ROBERT MURPHY, DEPARTMENT
OF CHILDREN & FAMILIES, CHRISTINE
RAGAGLIA, DANBURY POLICE DEPT.,
ROBERT PAQUETTE, SHAUN McCOLGAN,
ROBERT MADORE, JAMES McNAMARA,
PETER GANTERT, CITY OF DANBURY,
DANBURY VISITING NURSE ASSOC.,
VIRGINIA LOURENCO, JUDY GIBNEY,
DANBURY HOSPITAL, EITAN KILCHEVSKY,
JOAN MILLS, CATHOLIC FAMILY
SERVICES, BETSEY ROMAN RODRIGUEZ,
ANNETTE SZCZESIUL, ROGER LIMA,
EDWARD FEDERICI, RALPH ARNONE,
SANDRA LIQUINDOLI, AMY KLEIN,
ATTORNEY GENERAL FOR THE STATE
OF CONNECTICUT, KELLY FLINT, RICHARD
BLUMENTHAL, STATE OF CONNECTICUT
JUDICIAL BRANCH, SUPERIOR COURT,
DENNIS EVELEIGH and ANTOINETTE BEALE

## JUDGMENT

This action having been commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The plaintiff having moved to voluntarily withdraw his action as to the defendants, Kelly Flint, Attorney General for the State of Connecticut, Richard Blumenthal and Amy Klein, and the Court, on March 22, 2002 having issued its endorsement order granting the motion; and

The defendants State of Connecticut Judicial Branch, Superior Court, Dennis Eveleigh and Antoinette Beale having filed their motion to dismiss, and the Court, on August 19, 2002 having issued its ruling granting the motion; and

The plaintiff having moved to voluntarily withdraw his action as to the defendants, Betsey Roman Rodriguez and Annette Szczesiul, and the Court, on September 23, 2002 having issued its endorsement order granting the motion; and

The plaintiff having filed a stipulation of judgment of dismissal as to the defendants, Danbury Police Department, Robert Paquette, Shaun McColgan, Robert Madore, James McNamara, Peter Gantert and City of Danbury, and the Court, on November 24, 2003 having issued its endorsement order approving the stipulation; and

The plaintiff, having moved to voluntarily withdraw his action as to the defendant Catholic Family Services, and the Court, on March 31, 2004 having issued its endorsement order granting the motion; and

The defendants, Robert Murphy, Sandra Liquindoli, Ralph Arnone, Roger Lima, Edward Federici, Kristine D. Ragaglia and the Department of Children and Families, having filed their motion for summary judgment, and the Court, having considered the full record of the case, including applicable principles of law, on August 16, 2004 having filed its ruling granting the motion as to the federal causes of action and declining to exercise jurisdiction over the state law claims; and further

The Court, on August 16, 2004 having issued its order dismissing the state law claims without prejudice as to the defendants Danbury Visiting Nurse Association, Virginia Lourenco, Judy Gibney, Danbury Hospital, Eitan Kilchevsky and Joan Mills; it is hereby

2

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants Robert Murphy, Sandra Liquindoli, Ralph Arnone, Roger Lima, Edward Federici, Kristine D. Ragaglia and the Department of Children and Families and against the plaintiff; and further

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered dismissing plaintiff's complaint without prejudice as to the defendants Danbury Visiting Nurse Association, Virginia Lourenco, Judy Gibney, Danbury Hospital, Eitan Kilchevsky and Joan Mills; and further

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered dismissing the plaintiff's complaint, with prejudice, as to the remaining defendants.

Dated at Hartford, Connecticut, this 19th day of August, 2004.

KEVIN F. ROWE, Clerk

By: _____
Jo-Ann Walker
Deputy Clerk

EOD: 8/19/04

3

## CERTIFICATION

I certify that on this date I mailed via first class mail a copy of this Judgment to the Defendants' counsel of record:

| **Carolyn Signorelli – AAG** <br> 55 Elm Street, P.O. Box 120 <br> Hartford, CT 06141-0120 <br> Tel: (860) 808-5160 <br> Fax: (860) 808-5384 <br> Carolyn.Signorelli@po.state.ct.us | **Benjamin K. Potok** <br> Bai, Pollock, Blueweiss & Mulcahey, P.C. <br> 10 Middle Street <br> Bridgeport, Ct. 06604 <br> 203-3667991, fax: 203-366-4723 |
|---|---|

September 16, 2004

_/s/ John Ward_
John Ward, Plaintiff pro se, sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920