UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN WARD | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:01CV1908 (AVC) |
| | : | |
| v. | : | |
| | : | |
| ROBERT MURPHY, et al. | : | |
| *Defendant* | : | September 17, 2004 |

## STATE DEFENDANTS' OBJECTION TO MOTION FOR RECONSIDERATION FILED BY PLAINTIFF

The Defendants, employees of the Department of Children and Families, Robert Murphy, Ralph Arnone, Roger Lima, Sandra Liquindoli and Edward Federci, (hereinafter, "State Defendants") herein object to the plaintiff's motion to the court requesting that the court reconsider it decision to grant the state-defendants' motion for summary judgment. The grounds for said objection are as follows:

(1)     The issues presented by the state-defendants' motion for summary judgment were carefully and thoroughly considered and the decision rendered consistent with the law as applied to the undisputed facts of this case.

(2)     The plaintiff's motion to reconsider does not present any new arguments, it does not cite to any new law, nor does it claim that new facts or circumstances have come to light. As such the plaintiff's motion should not be considered.

(3)     The plaintiff makes reference to the records of the Superior Court of the State of Connecticut for Juvenile Matters in relation to the Department of Children and Families' petition that gave rise to this lawsuit. This record is currently under seal and there has been no motion

requesting and no order unsealing the record. As such, plaintiff's references to the juvenile court record are improper and should not be considered by the court.

Wherefore, the State Defendants respectfully object to the plaintiff's motion for reconsideration and respectfully request that the motion be denied and the state defendants' objection be sustained.

                STATE DEFENDANTS

                BY: RICHARD BLUMENTHAL
                ATTORNEY GENERAL

BY: _____
      Carolyn Signorelli
      Assistant Attorney General
      Federal Bar No.ct 17534
      55 Elm Street, 3rd Fl. Annex
      Hartford, CT  06l06
      Tel: (860) 808-5160
      Fax: (860) 808-5384
      e-mail:carolyn.signorelli@po.state.ct.us

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 17th day of September, 2004, first class postage prepaid to:

Mr. John Ward
18 Garmella Boulevard
Danbury, CT 06810

Benjamin Potock, Esq.
Bai, Pollock, Blueweiss & Mulcahey, P.C.
10 Middle Street
Bridgeport, CT 06604

_____
Carolyn Signorelli
Assistant Attorney General

Case 3:01-cv-01908-AVC    Document 245    Filed 09/17/2004    Page 4 of 4