01cv1908 mext

243

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

FILED

2004 SEP 17 A 11: 22

U.S. DISTRICT COURT

| | | |
|---|---|---|
| John Ward | ) | |
|     Plaintiff | ) | Civil Action No.: |
| | ) | 3:01CV1908(AVC) |
| V. | ) | |
| | ) | |
| Robert Murphy, et.al. | ) | |
| | ) | |
|     Defendants | ) | September 16, 2004 |

## MOTION FOR EXTENSION OF TIME
## TO FILE A NOTICE OF APPEAL

I am the plaintiff in the above titled case. Pursuant to FRAP 4(a)(5), I, John Ward respectfully request leave to file the within notice of appeal out of time. I desire to appeal the judgment in this action entered on 8/19/04, but failed to file a notice of appeal within the required number of days because I have requested a reconsideration from Judge Covello of the Defendants' motions for summary judgment which were granted and that should be decided before the appeal is taken.

I motion that the Appellate Court grant an extension of 30 days to file a notice of appeal to the judgment of dismissal in the above titled case.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Respectfully submitted by,

_____  Date: 9/16/04
John Ward, acting pro se and sui juris
18 Garamella Boulevard
Danbury, Connecticut 06810
(203) 790-4920

September 21, 2004. DENIED as moot.
SO ORDERED.

Alfred V. Covello, U.S.D.J.