**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

# MANDATE

Roseann B. MacKechnie
CLERK

FILED
D CCT/NHCT
2005 JAN 31 P 4:02 cv 1908
U.S. DISTRICT COURT Covello
NEW HAVEN, CT

Date: 1/7/05
Docket Number: 04-5170-cv
Short Title: Ward v. Murphy
DC Docket Number: 01-cv-1908
DC: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Alfred Covello

DC Initials: DCCT/NHCT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 7th day of January two thousand four.

John Ward, PPA, Next Friend of Minor, Donna Ward,

Plaintiff-Appellant,

v.

Danbury Police Dept., Robert Paquette, Chief of Police, Shaun McColgan, Sgt, Robert Madore, Ofcr, James McNamara, Capt, Peter Gantert, Sgt, City of Danbury, CT, Catholic Family Svcs, Betsey Roman Rodriguez, Annette Szczesiul, LCSW, Amy Klein, JD, Attorney General, State of, Connecticut, Kelly Flint, AAG, Richard Blumenthal, Atty Gen, Judicial Branch, Connecticut, State Of, Superior Court, Juvenile Matters, Dennis Eveleigh, Antoinette Beale, Clerk of Juvenile Court,

Defendants,

Robert Murphy, Dept. of Children & Families, Christine Ragaglia, Comm of DCF, Danbury Visiting Nurse Assoc., Virginia Lourenco, RN, Judy Gibney, RN, Danbury Hosp, Eitan Kilchevsky, MD, Joan Mills, MSW, Roger Lima, Case aide, Edward Federici, Soc Worker, Ralph Arnone, Program Supv, Sandra Liquindoli, Soc Worker,

Defendants-Appellees.

The Civil Appeal Management Plan of this Court Directs that within ten (10) days after filing a Notice of Appeal, the Appellant shall, inter alia,

either pay the docketing fee or move for leave to proceed in forma pauperis,

and that in the event of default of this requirement, the Clerk may dismiss the appeal without further notice.

The Appellant herein not having so proceeded, upon consideration thereof,

CERTIFIED: 1/7/05

It is ordered that the appeal from the order of 8/19/04, United States District Court for the District of Connecticut be and it hereby is dismissed.

For the Court,
Roseann B. MacKechnie, Clerk

By: Eddie Andino
Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK
By _____
DEPUTY CLERK